UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, | : | |
| also known as "Toine," | : | |
| | : | |
| ADRIAN JACKSON, | : | |
| | : | |
| MICHAEL HUGGINS, | : | |
| | : | |
| KEVIN HOLLAND, | : | |
| | : | |
| ALBERTO ROLLANDO CARRILLO- | : | |
| MONTELONGO, | : | |
| | : | |
| ROEL BERMEA, JR., | : | |
| | : | |
| RICARDO SANCHEZ-GONZALEZ, | : | |
| | : | |
| KIRK R. CARTER, and | : | |
| | : | |
| LAWRENCE MAYNARD, | : | |
| | : | |
| Defendants. | | |

**GOVERNMENT'S NOTICE OF PHYSICAL EVIDENCE TO BE USED AT TRIAL**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, pursuant to the Court's April 22, 2006, request, hereby provides

defendants with the following notice of specific physical evidence it intends to introduce at a trial

in the above-captioned case.  While the government has made every effort to be exhaustive in the

present Notice, there may be additional evidence within these various categories that, as trial time

draws closer, we decide to include in our evidentiary presentation; we will provide notice thereof

as we make those decisions.  Similarly, as this Notice is necessarily over-inclusive, we will

provide timely notice of those pieces of evidence we decide not to include in our trial presentation as those decisions are made.

For purposes of this Notice, we have broken down the quantum of evidence into various self-evident categories: (1) wiretap interceptions, (2) evidence relating to the October 24 and 25, 2005, search warrants, (3) video surveillance of 9508 Potomac Drive, Ft. Washington, Maryland; (4) video surveillance of Club Levels, 1960 Montana Avenue, N.E., Washington, D.C., (5) documentary evidence related to the 2004 Immigration and Customs Enforcement (ICE) investigation; (6) the April 5, 2005, traffic stop of Lawrence Maynard in North Carolina; (7) pen register data from the cellular telephones of Antoine Jones and Lawrence Maynard; (8) GPS data from Antoine Jones's Jeep Grand Cherokee; and (9) text messages from the cellular telephones of Antoine Jones and Lawrence Maynard, obtained by search warrant in July and August, 2005.

I.    <u>Wiretap Evidence</u>:

What follows are the wire interceptions that the government intends to rely on at a trial in this matter. This notice provides a guide to the full wire, which was provided to counsel for the defendants shortly after their arrests, and the specific defendant "filters" which have been provided to all counsel at their request over the course of the past several months. Counsel should be aware that the counting mechanism on the wire interception equipment apparently began anew on September 10, 2005, when Antoine Jones changed his cellular telephone number, and thus, that there may be duplicate numbers for various calls. For this reason, we have broken down the calls by number and by defendant, to provide the most accurate information. Finally, this list is undoubtedly over-inclusive, out of an abundance of caution, and will certainly be reduced as additional defendants plead out.

a)      <u>Calls to and from Jones's cocaine suppliers: (678) 330-7712; (909) 975-0957;
(713) 386-9548[1]</u>

114
182
336
580
807
809
1041
1047
1157
1351
1511
1607
1703
1966
2168
2376
2422
2602
2704
2736
2806
2978
3274
3582
3612
4376
4571
4681
4735
4760
4910
5315
5400
5401
5477
5981

---

[1]      Note that cellular telephones bearing telephone numbers (678) 330-7712 and
(909) 975-0957, were recovered from the stash house, 9508 Potomac Drive, Ft. Washington,
MD, during the search of that location on October 24,2 005.

b)    <u>Calls to and from John Adams: (240) 463-3129</u>

192
214
241
265
647
673
843
1080
1087
1128
1158
1295
1528
1551
1632
1657
2059
2599
2603
2713
2716
2755
2756
2922
2939
2964
3008
3032
3111
3119
3132
3178
3233
3237
3374
3431
3511
3518
3685
3686
3687

3690
4491
4528
4530
4572
4890
4892
4897
4919
4923
5033
5390
6040

      c)        <u>Calls to and from Michael Huggins: (240) 475-2981 and (301) 702-1124</u>

121
249
352
425
456
922
1535
1548
1556
1722
2023
2166
2600
2712
2737
2920
3087
3118
3120
3200
3373
3665
3667
3862
3884
4194
4433

4487
4492
4527
4585
4708
4715
4816
4824
4913
4932
5001
5014
5059
5167
5179
5188
5300
5889
5890
6019
6024
6033

d)      Calls to and from Kevin Holland (202) 746-0470

12
14
59
91
150
179
186
188
228
235
239
296
297
307
353
422
429
435

445
446
474
478
515
524
529
646
776
1089
1111
1115
1156
1161
1170
1193
1203
1243
1260
1382
1393
1411
1525
1527
1534
1547
1564
1575
1590
1596
1610
1619
1621
1629
1632
1750
1769
1877
1883
1920
1921
1935
1937

2058
2173
2194
2266
2434
2479
2488
2524
2702
2769
2787
2810
2901
2923
2936
2985
2997
3005
3056
3105
3112
3122
3123
3125
3211
3219
3262
3267
4142
4398
4503
4505
4506
4802
4827
4828
4829
4903
4952
4959
4961
5172
5201

5215
5264
5736
5760
14 calls from Holland to Jones on 10/22-10/23 (unanswered, no message left)
5980
6001
6060
6061
6070
6071
6073
6091
6094
6095
6101
6106
6110
6113
6114
6116

     e)     <u>Calls to and from Demetris Johnson: (301) 751-7614</u>

44
45
47
62
93
128
213
231
238
245
252
516
525
815
898
920
1020
1147
1536

1658
1663
1723
1980
1988
2176
2468
2470
2585
2601
2972
2973
3109
3268
3276
3480
4803
4815
4823
4885
4914
4922
4929
4997
5065
5076
5077
5090
5107
5114
5134
5174
5254
5863
5879

      f)      <u>Calls to and from Lawrence Maynard: (301) 613-6293)</u>

574
584
702
738
806
845

847
1537
1633
2534
3036
3277
4080
4169
4659
4666
5373
5392
5433
5435
5437
5442
5444
5743
5819
6084

   g)  <u>Calls to and from Adrian Jackson: (202) 436-0020</u>

91
92
96
410
819
907
933
1062
1063
1116
2000
2443
2444
2668
2719
2767
2947
2950
4393
4403

4424
4474
4595
4986
5081
5093
5171
5380
5484
5912
6034

       h)      <u>Calls to and from Kirk Carter (202) 437-0047</u>

1061
1086
1189
1251
1256
1310
1454
1481
1552
1555
1557
634
1195
1209
1367
1989
2024
2027
2467
2495
2521
2557
2720
2934
2937
4716
4801
4818
4870

4904
4911
5021
5048
5056
5297
6021
6045
6046
6048
6055
6056

       i)       <u>Calls to and from Unindicted Customers</u>

3142
3167
3184
3215
3240
181
722
739
798
846
1031
1048
1159
1280
1281
1549
2604
3537
3671
3674
4574
4620
4634
4830
4835
5217
5357
5408

6044
2065
2725
3085
3121
4074
5287
5420
5421
5429
5437
5442
5444
4925
4926
4927
4930
4944
4946

II.    Evidence from October 24, and 25, 2005, Search Warrants

The Item numbers and room letter designations below reflect the numbers and letters assigned by the FBI search teams. These are contained in the search 302s already provided to counsel as part of the discovery process.

_____a)    5119 Barto Avenue

Search Scene Photos chiefly of Room A, sketch of Search Scene

Item 1
Item 3
Item 4
Item 5
Item 8
Item 9
Item 10
Item 11
Item 12
Item 13
Item15 (2003 Tax information A. Wilson-Huggins, Monument life insurance documents, Gift List and Directions to Barto Avenue)

Item 16 (photo Identification)
Item 17
Item 19 (Verizon Bill)
Item 20
Item 21
Item 23
Item 24

_____ b)     <u>7921 Allendale Drive</u>

Search scene photos, sketch of Search Scene

Item 2
Item 3
Item 4
Item 5
Item 6
Item 7
Item 8
Item 9
Item 10
Item 11
Item 12
Item 13

Miscellaneous paper seized from Jackson's Vehicle a Chrysler bearing DC Tags CA-1898

_____ c)     <u>9508 Potomac Drive</u>

Search Scene Photos, sketch of Search Scene

Items 1-13
Item 15
Item 17-21
Item 23 - 36

_____ d)     <u>7711 Greenleaf Road</u>

Search Scene Photos, sketch of Search Scene

Item 1 (NASA Federal credit union check name of Antoine Jones, cell phone, photo, Resume, MVA mailing in the name of Antoine Jones)
Item 2 (Miscellaneous papers showing Lawrence Maynard residence at 7711 Greenleaf Road)

Item 3 (Mortgage information, 2004 Tax Returns)
Item 4 (Maryland certificate of Title, Social Security Statement)

_____ e)      <u>10870 Moore Street</u>

Search Scene Photos, sketch of Search Scene

Item 15
Item 19
Item 21
Item 22
Item 29

_____ f)      <u>5703 Gloria Drive</u>

Search Scene Photos, sketch of Search Scene

Item 1
Item 3
Item 4
Item 5
Item 6
Item 9
Item 13
Item 20
Item 21
Item 22
Item 23
Item 24

g)      <u>10441 Crescent Parkway</u>

Search Scene Photos, sketch of Search Scene

Item 1
Item 3
Item 5
Item 6
Item 7
Item 8
Item 13
Item 14
Item 15

_____h)     2504 Pomeroy Road

Search Scene Photos, sketch of Search Scene

Item 1
Item 2
Item 3
Item 4
Item 5
Item 6
Item 7
Item 8
Item 9
Item 11
Item 12
Item 13
Item 15

_____i)     Levels

Search Scene Photos, sketch of Search Scene

Items 5 and 5(a)

Items from Room B (photos, List of Phone numbers, phones)

Items from Room G (documents relating to Levels)

Items from Room H (material relating to 400 Hampton Boulevard, documents referencing FTN Consulting and FTN Delivery Service, Tuxedo Auto Receipt, Money orders, North Carolina Speeding Citation, phones, Levels business documents)

Items from Room I (Phone lists/books)

Items from Room J (records re: hotels rentals in Georgia)

17

III.    <u>Video Footage from 9508 Potomac Drive, Ft. Washington, Maryland</u>

The government will use portions of the segments at the following dates and times.  Still photos from the video may be used at trial.  Counsel will be supplied with copies of these photos prior to trial.

<u>10/13/05</u>
3:57 -  4:00 pm
6:03 - 6:04 pm
7:23 - 7:24 pm
7:41 - 7:46 pm

<u>10/14/05</u>
5:31 - 5:32 am
7:02 - 7:03 am
8:11 - 8:12 am
1:38 - 1:39 pm
6:52 - 7:12 pm
7:54 - 7:55 pm
9:49 - 9:50 pm
11:40 - 11:59 pm

<u>10/15/05</u>
1:20 am
4:40 pm
7:58 pm
8:10 pm
9:04 pm

<u>10/17/05</u>
6:29 pm

<u>10/18/05</u>
10:48 am
3:21 pm

<u>10/19/05</u>
5:07 pm
7:18 pm
7:32 pm
8:49 - 8:50 pm
10:24 pm

10/20/05
1:50 pm
2:21 pm
5:34 - 5:35pm
6:27 pm
7:39 pm
8:05 pm
9:12 pm
9:28 - 9:34 pm
10:13 pm

10/21//05
2:03 - 2:10 pm
3:34 pm
4:39 pm
8:55 pm
9:38 pm

10/22/05
8:55 pm
9:38 - 9:45 pm
10:50 - 10:59 pm

10/23/05
5:59 pm
8:09 pm

IV.    Video Footage from Levels, 1960 Montana Avenue, N.E., Washington, D.C.

There are a number of months of surveillance videos of the Levels nightclub.  Since this was operating 24 hours a day, much of it will be at night and so may not have clear images. A great deal of the rest will also not be of any relevance to the case.  The United States has not yet fully reviewed these tapes. However, by the end of August when it is clear which defendants will be going to trial, the government will select which segments are relevant and will inform counsel of the segments to be used.  It is unlikely that this will exceed a total of 2 hours of video.  The government may use still photos taken from these segments at trial.  If photos are utilized rather than the videos it will take considerably less time at trial.  Counsel will be supplied with copies of these photos prior to trial.

V.     Evidence from the Maryland ICE Investigation

Surveillance Photos

Contracts and related documents for the rental of 5 Otley Court, Capitol Heights, Maryland; 9719 Summit Circle, Apt #3B, Capitol Heights, Maryland; 8550 Myrtle Avenue, Bowie, Maryland; 400 Hampton Park Boulevard, Capitol Heights, Maryland.

Photos of the interior of 8550 Myrtle Avenue and 400 Hampton Park Boulevard

Items recovered from 400 Hampton Park Boulevard

There are surveillance videos of 400 Hampton Park Boulevard.  The United States has not yet fully reviewed these tapes.  However, by the end of August when it is clear which defendants will be going to trial, the government will select which segments are relevant and will inform counsel of the segments to be used.  It is unlikely that this will exceed a total of 1 hour.  The government may use still photos taken from these segments at trial.  If photos are utilized rather than the videos it will take considerably less time at trial.  Counsel will be supplied with copies of these photos prior to trial.


VI.     April 5, 2005, Traffic Stop of Lawrence Maynard in North Carolina

        Counsel have been provided with photos and documents related to the seizure of in excess of $67,000, from a vehicle driven by Lawrence Maynard, and registered to Antoine Jones.. Photos of that search and documents recovered from the vehicle will be introduced at trial.


VII.     Pen Register Data Summary

        Counsel have been supplied with the pen register information obtained from phones used by Antoine Jones and Lawrence Maynard.  Prior to trial, the United States will provide counsel with a summary exhibit of the contacts reflected in the pen register data.


VIII.     GPS Data Summary

        Counsel have already been supplied with Global Positioning information obtained from a device placed on one of Antoine Jones's vehicles.  Prior to trial, the United States will designate particular location information to be presented at trial.  It is anticipated this will be verification of the vehicle's trips to 9508 Potomac Drive, and context for conversations on the TIII wire intercept that indicate meetings between Jones and various coconspirators.

IX.    <u>Text Messages</u>

A number of text messages seized from the cellular telephones of Antoine Jones and Lawrence Maynard pursuant to search warrants have been provided to counsel.  The government at this point does not anticipate it will be using any of them at trial.  Should this change, we will notify counsel immediately, and indicate which intercepted text messages we intend to use.

As noted variously above, this list is intended solely to provide defense counsel the most specific guide possible to the evidence we have produced in discovery in this case.  It will undoubtedly change, as defendants plead out, and the trial picture changes.  As we make those decisions, we will provide timely notice thereof to the defense.  And, as always, as counsel have any questions regarding this Notice, or any other aspect of the case, they should feel free to contact us.

<div style="margin-left:40%">

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


By:    _____
       RACHEL CARLSON LIEBER
       D.C. Bar No. 456-491
       JOHN V. GEISE
       Assistant United States Attorneys
       555 4th Street, N.W., Room 4820
       Washington, DC 20530
       (202) 353-8055
       Rachel.lieber@usdoj.gov
       John.Geise@usdoj.gov

</div>