UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | Crim. No. 05 - 386 - 10 (ESH) |
| ) | |
| ) | |
| LAWRENCE MAYNARD ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Lawrence Maynard, *nunc pro tunc* to April 21, 2006, pursuant to the Court's appointment under the Criminal Justice Act (CJA), as substitute counsel for Edward Sussman, who was granted leave to withdraw.

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Lawrence Maynard


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel and defense counsel of record this ___13th___ day of June, 2006.

/s/
Howard B. Katzoff