UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR. NO. 05-386-All   (ESH) |
| **ANTOINE JONES, ET AL.** | : | |

## NOTICE OF FILING PROPOSED ORDERS

COMES NOW the Defendant, by and through undersigned counsel, and respectfully submits the proposed Orders to permit counsel and investigators to enter the Correctional Treatment Facility and the D.C. Jail with laptop computers, CD's, DVDs, videotapes, audio cassette players, and audio tapes for the purpose of reviewing discovery materials with the defendants in this case.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar# 348292)
717   D Street, N.W.,   Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Lawrence Maynard

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice and proposed Orders were electronically served on the Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., 5th Floor, Washington, D.C. 20530, and all defense counsel of record this   15th   day of   June  , 2006

/s/
Howard B. Katzoff