UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| | \* | |
| v. | \* | **Case No. 05-386 - 10 (ESH)** |
| | \* | |
| | \* | |
| **LAWRENCE MAYNARD** | \* | |
| **Defendant** | \* | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW undersigned counsel for defendant, and moves this Court for leave to withdraw as counsel. Counsel also urges the Court to schedule an ascertainment of counsel hearing so that substitute counsel can be appointed from the C.J.A. panel. As grounds for this motion, counsel submits the following:

1. On or about April 21, 2006, undersigned counsel was appointed as substitute counsel to represent the defendant pursuant to the Criminal Justice Act. Counsel was appointed because prior counsel indicated that Mr. Maynard's case would likely have to go to trial, and he had a conflict on the currently scheduled trial date in October.

2. Notwithstanding prior counsel's representations, on or about June 23, 2006, Mr. Maynard pled guilty to Count One of the indictment pursuant to a written non-cooperation plea agreement. The plea was taken before Magistrate Judge Facciola, and has not yet been referred for a pre-sentence report (PSR).

3. A conflict between undersigned counsel and Mr. Maynard has recently developed which now requires counsel to move to withdraw and request the appointment of

2

substitute counsel.[1]

4. Counsel has discussed this motion with Mr. Maynard. Mr. Maynard indicates that it is his desire to have new counsel appointed because of the conflict that has arisen. Thus counsel submits that his withdrawal as counsel is appropriate and in the interest of justice. See, L.Cr.R 44.5.

5. A copy of this motion is being served by mail upon the defendant.

WHEREFORE, for the foregoing reasons, undersigned counsel requests that this Court grant his motion for leave to withdraw and for the appointment of substitute counsel.

Respectfully submitted,


Howard B. Katzoff (Bar # 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Lawrence Maynard


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, and by mail, postage prepaid, to the defendant, Lawrence Maynard at the D.C. Jail, 1901 D Street, S.E., Washington, D.C. 20003, this __1st__ day of September, 2006.

_____
Howard B. Katzoff

---

[1] Defendant is prepared to provide specifics regarding the conflict to the Court *ex parte*, either at a hearing on this motion or in writing under seal.