UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| * | |
| v.    * | **Case No. 05-386 - 10 (ESH)** |
| * | |
| * | |
| **LAWRENCE MAYNARD** * | |

## ORDER

The Court has considered defense counsel's Motion For Leave to Withdraw, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ day of _____, 2006,

ORDERED that the Motion For Leave to Withdraw is hereby GRANTED; and it is

FURTHER ORDERED that a hearing for the ascertainment of substitute counsel shall be held on the _____ Day of _____ , 2006.

SO ORDERED.

_____
ELLEN S. HUVELLE
United States District Judge

COPIES TO:
Rachel Carlson Lieber, Esq.
John V. Geise, Esq.
Office of the United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530

Howard B. Katzoff, Esq.
717 D Street, N.W.  Suite 310
Washington, D.C. 20004

Lawrence Maynard
D.C. Jail
1901 D Street, S.E.
Washington, D.C. 20003