FILED
SEP 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
SEP 07 2006
RECEIVED

Honorable Judge Huvelle
CR05-386
Let this be filed 9/8/06 ESH

My name is Lawrence Maynard, Case #CR05-386. I am writing you this letter for several reasons. First to withdraw my guilty plea on grounds of ineffective assistance of counsel. At the time of the plea my attorney Mr Katzoff had not given or shown me one piece of discovery only advised me of accepting the government's plea. He had no basis of a defense after I discussed several violations of my fourth and six amendment rights. This conspiracy case is very confussing and the mandatory minimum time for me is freightening. Guilt by association was the term used several times in every conversation I had with both Mr Katzoff also with Mr Sussmann my first attorney.

Mr Sussmann, which I thought was to be my attorney, had to withdrawal because of a previous trial date. He didn't go over much discovery with me. A few line sheets from a wire tap, a lease agreement and the NC stop. All of which I informed him of my innocence. Mr Sussmann would go on to explain that the government feels I would be a very good witness and would welcome my cooperation on several occasions. Guilt by association was all needed in a conspiracy. My options in Mr Sussmann's opinion, being an experienced 20 plus year attorney, were ① Government witness or ② go to trial and receive 22 to 25 years in prison. I told

him of my innocence and that I was going to trial. The following court appearance in March, Mr Sussmann put on record with the court and withdrew as my lawyer. Several conversations on discovery or witness interviews were never shown to me and I became very worried and afraid. Serving 20 or more years in prison for associating or working with codefendants, I had no idea of the evidence against me. Discovery was being held by the government. My lawyer was not working on any defense. The situation was looking bad and he is about to withdraw as counsel. My fear became anxiety, but the new attorney was to be better. I had hoped.

My new attorney, Mr Katzoff, informed me of his availability and as of April, be glad to take my case. From April into June, Mr Katzoff only spoke of being a ① government witness or ② a long prison sentence. Conspiracy doesn't take much to prove, the government has tons of evidence against my codefendants and me. That I should accept a plea. My anxiety was keeping me awake and not having access to any discovery, my life has been for the past 4 months, and for the next 20 years or more years well be, spent behind bars. According to not one but two experienced trial attorneys. I felt I had no choice at this point, seeing little discovery and given advice from two attorneys.

Six weeks go by and my new attorney, Mr Katzoff, had not given me one piece of discovery.

NO BASIS FOR MY DEFENSE, NO MOTIONS TO SUPPRESS NORTH CAROLINA TRAFFIC STOP, BOWIE HOUSE COVERT SEARCH, HAMPTON PARK WAREHOUSE COVERT SEARCH OR CLUB LEVELS SEARCH. I ALSO NEED A MOTION TO SUPPRESS WIRE TAP AFFIDAVIT.

I AM ASKING TO HAVE AN EVIDENTIARY HEARING TO SUBMIT THESE MOTIONS AND WITHDRAW MY PLEA.

MY ATTORNEY, MR. KATZOFF HAS NOT DONE SO, SINCE I HAVE INFORMED HIM ON AUGUST 14, 2006, TO WITHDRAW MY PLEA.

ON AUGUST 31, 2006 MY ATTORNEY HAS NOTIFIED ME THAT HE IS SUBMITTING A MOTION TO WITHDRAW AS COUNSEL. LEAVING ME BEFORE SUBMITTING MY MOTIONS, VIOLATING MY RIGHT TO COUNSEL. I NEED TO SUBMIT THESE MOTIONS.

RESPECTFULLY
LAWRENCE MAYNARD
DCDC# 307469
CASE # 05-386-10

ATTORNEY:
HOWARD KATZOFF ESQ. (BAR # 348292)
717 D STREET, N.W.
SUITE 310
WASHINGTON D.C. 20004