## Lieber, Rachel (USADC)

**From:**    Lieber, Rachel (USADC)
**Sent:**    Wednesday, June 21, 2006 10:58 AM
**To:**    'KatzoffH@aol.com'
**Subject:**  RE: Factual proffer

looks fine to us.  See you on Friday morning.

**From:** KatzoffH@aol.com [mailto:KatzoffH@aol.com]
**Sent:** Tuesday, June 20, 2006 6:15 PM
**To:** Lieber, Rachel (USADC)
**Subject:** Re: Factual proffer

Thanks,

It seems pretty basic.  I will review it with my client ASAP, hopefully tomorrow, and let you know if he is requesting any modifications.

In the meantime, I made a few minor changes which I have saved as "pleafacts II", partly because of my concern about admitting specific Maryland conduct.  See if these modifications are a problem.

Howie