## Lieber, Rachel (USADC)

**From:** Lieber, Rachel (USADC)
**Sent:** Thursday, June 22, 2006 9:57 AM
**To:** 'KatzoffH@aol.com'
**Cc:** Geise, John (USADC)
**Subject:** RE: Factual proffer

the proffer looks just fine to me. I have printed out 3 copies, which we can all sign tomorrow (tho I think Jack will likely be doing the plea, I'm going to be watching Hilary speak). Just email us later today, or leave Jack a message re exactly what you want to put on the record tomorrow re the whole testimony-thing, and I'm sure we'll all agree.

Thanks!

Rachel

---

**From:** KatzoffH@aol.com [mailto:KatzoffH@aol.com]
**Sent:** Thursday, June 22, 2006 6:33 AM
**To:** Lieber, Rachel (USADC)
**Subject:** Re: Factual proffer

Mr. Maynard does not believe he ever met or knew Kirk Carter prior to his arrest. I have noted that in my most recent proposed proffer - "pleafacts II 062206". Please note two changes to the proffer - the sentence regarding the apartment, and the oral facts.

Also, we need to clarify the matters we discussed putting on the record since they are not in the plea agreement.

Let me know if the proposed proffer is ok. I will be in court this morning, then at the jail from 11:30 until 4:00. I will check my e-mail or try to call you before I go to jail. My cell number is 202-669-3413.

Thanks,
Howie