IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
                             :

UNITED STATES OF AMERICA    :
                             :
   vs.                        :  Criminal No. 05-0386-10
                             :
LAWRENCE MAYNARD          :
                             :
   Defendant             :
                             :  Washington, D.C.
- - - - - - - - - - - - - - -x  June 23, 2006


TRANSCRIPT OF PLEA
BEFORE THE HONORABLE JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Government:      JACK GEISE, ESQ.
                             RACHEL LIEBER, ESQ.
                             Assistant United States Attorney

For the Defendant:       HOWARD KATZOFF, ESQ.


**Proceedings recorded by the Court, transcript produced by Pro-Typists, Inc., 1012-14[th] Street, N.W., Suite 307, Washington, D.C. 20005, 202-347-5395, www.pro-typists.com**
M1283/bf

```
 1                    P R O C E E D I N G S
 2            THE CLERK:  This is Criminal Case 05-386-10,
 3   United States versus Lawrence Maynard.  This is a plea
 4   agreement hearing.  Will the Defendant please stand.
 5   Raise your right hand, sir.
 6            (Whereupon, the Defendant was duly sworn.)
 7            THE MAGISTRATE JUDGE:  Would you and your counsel
 8   please come to the podium.
 9            What is your name, sir?
10            THE DEFENDANT:  Lawrence Maynard.
11            THE MAGISTRATE JUDGE:  Mr. Maynard, do you first
12   understand that you're under oath and must answer my
13   questions truthfully?
14            THE DEFENDANT:  Yes, sir.
15            THE MAGISTRATE JUDGE:  Do you understand that
16   if you don't answer my questions truthfully, any false
17   statement you make shall be used against you?  Do you
18   understand that?
19            THE DEFENDANT:  Yes, sir.
20            THE MAGISTRATE JUDGE:  Now, first of all,
21   Mr. Maynard, it's most important that you understand.
22   You don't have to plead guilty.  Do you understand that?
23            THE DEFENDANT:  Yes, sir.
24            THE MAGISTRATE JUDGE:  You can plead not guilty
25   and demand a jury trial.  Do you understand that?
```

1          THE DEFENDANT: Yes, sir.
2          THE MAGISTRATE JUDGE: You're giving up your
3   right to a jury trial, do you understand that?
4          THE DEFENDANT: Yes, sir.
5          THE MAGISTRATE JUDGE: You're also giving up all
6   the rights you would have had at that jury trial. Do you
7   understand that?
8          THE DEFENDANT: Yes, sir.
9          THE MAGISTRATE JUDGE: They include the right
10  to have the witnesses against you come into open Court,
11  give their testimony in your presence subject to cross-
12  examination, do you understand that?
13         THE DEFENDANT: Yes, sir.
14         THE MAGISTRATE JUDGE: You would have had the
15  right to present whatever evidence you wished. You would
16  have had the right to have a subpoena to force a person to
17  come to Court to testify on your behalf, do you understand
18  that?
19         THE DEFENDANT: Yes, sir.
20         THE MAGISTRATE JUDGE: And at that trial you
21  cannot have been forced to be a witness against yourself,
22  do you understand that?
23         THE DEFENDANT: Yes, sir.
24         THE MAGISTRATE JUDGE: But now, Mr. Maynard,
25  you're going to have to admit your guilt before I'll accept

```
1   or before I will recommend the acceptance of your plea of
2   guilty.  Do you  understand that?
3           THE DEFENDANT:  Yes, sir.
4           THE MAGISTRATE JUDGE:  I'm advised, sir, that
5   you're going to plead guilty to a conspiracy to distribute
6   and possess with intent to distribute 5 kilograms or more
7   of cocaine.  What that means is that you're agreeing to
8   plead guilty to the crime of agreeing with other people to
9   distribute and possess with intent to distribute a very
10  large amount of cocaine.  Do you understand that?
11          THE DEFENDANT:  Yes, sir.
12          THE MAGISTRATE JUDGE:  That's the nature of the
13  charge against you.
14          Now, with reference to that charge I'm advised
15  that it carries a mandatory minimum sentence of 10 years
16  and a maximum of life.  And also a five-year period of
17  supervised release.  Do you understand that?
18          THE DEFENDANT:  Yes, sir.
19          THE MAGISTRATE JUDGE:  The fine that you may be
20  sentenced to is up to $4 million.  Do you understand that?
21          THE DEFENDANT:  Yes, sir.
22          THE MAGISTRATE JUDGE:  Those are the maximum
23  sentences, you understand that?
24          THE DEFENDANT:  Yes, sir.
25          THE MAGISTRATE JUDGE:  You're going to also pay
```

1   a special assessment of a hundred dollars.  Do you
2   understand that?
3           THE DEFENDANT:  Yes.
4           THE MAGISTRATE JUDGE:  Now, a very significant
5   aspect of your sentencing will be the Judge's use of what's
6   called the "United States Sentencing Guidelines."  Do you
7   understand that?
8           THE DEFENDANT:  Yes, sir.
9           THE MAGISTRATE JUDGE:  The Sentencing Guidelines
10  usually set forth a range within which a person is to be
11  sentenced.  Do you understand that?
12          THE DEFENDANT:  Yes, sir.
13          THE MAGISTRATE JUDGE:  And ordinarily a Judge
14  will go within that range and stay within that range.
15  Do you understand that?
16          THE DEFENDANT:  Yes, sir.
17          THE MAGISTRATE JUDGE:  But you also appreciate
18  that nobody on earth can promise you what the sentence in
19  this case is going to be.  Do you understand that?
20          THE DEFENDANT:  Yes, sir.
21          THE MAGISTRATE JUDGE:  It may be above the
22  guideline range or below it, do you understand that?
23          THE DEFENDANT:  Yes, sir.
24          THE MAGISTRATE JUDGE:  Has anyone promised you
25  what the sentence is going to be?

1  THE DEFENDANT: No, sir.
2  THE MAGISTRATE JUDGE: Now, with reference to
3  other aspects of -- a question for the prosecutor. Is
4  there any kind of forfeiture at issue here?
5  MR. GEISE: No, Your Honor.
6  THE MAGISTRATE JUDGE: Any kind of restitution
7  at issue?
8  MR. GEISE: No, Your Honor.
9  THE MAGISTRATE JUDGE: Now, there has been handed
10  to me a document dated June 9th, 2006, and from what I can
11  tell it bears your signature on the last page. Is that
12  your signature, Mr. Maynard?
13  THE DEFENDANT: Yes, sir.
14  THE MAGISTRATE JUDGE: Did you read this
15  agreement thoroughly before you signed it?
16  THE DEFENDANT: Yes, sir.
17  THE MAGISTRATE JUDGE: Did you talk to your
18  lawyer about it?
19  THE DEFENDANT: Yes, sir.
20  THE MAGISTRATE JUDGE: Are there any questions
21  you wish to ask him about it before we proceed?
22  THE DEFENDANT: No, sir.
23  THE MAGISTRATE JUDGE: All right. Are you
24  satisfied with your lawyer's services to you?
25  THE DEFENDANT: Yes, sir.

```
 1              THE MAGISTRATE JUDGE:  Are there any questions
 2   you have of him that you would like to ask before we go
 3   any further?
 4              THE DEFENDANT:  No, sir.
 5              THE MAGISTRATE JUDGE:  All right.  Does this
 6   agreement set forth the entire agreement between you and
 7   the United States?
 8              THE DEFENDANT:  Yes, sir.
 9              THE MAGISTRATE JUDGE:  Are there any other
10   promises or agreements or guarantees or assurances given
11   you that are not here?
12              THE DEFENDANT:  No, sir.
13              THE MAGISTRATE JUDGE:  So this is it.  This is
14   the entire agreement, is that right?
15              THE DEFENDANT:  Yes, sir.
16              THE MAGISTRATE JUDGE:  All right.  Mr. Maynard,
17   are you pleading guilty because you want to?
18              THE DEFENDANT:  Yes, sir.
19              THE MAGISTRATE JUDGE:  Has anyone forced you to
20   plead guilty?
21              THE DEFENDANT:  No, sir.
22              THE MAGISTRATE JUDGE:  Any one threatened you
23   with any harm if you didn't plead guilty?
24              THE DEFENDANT:  No, sir.
25              THE MAGISTRATE JUDGE:  So this plea of guilty is
```

1   the product of your own free will?
2           THE DEFENDANT: Yes, sir.
3           THE MAGISTRATE JUDGE: All right. Mr. Maynard,
4   I'm about to recommend to Her Honor to accept your plea of
5   guilty but before I do I've got to satisfy myself that
6   there are facts independent of your plea of guilty that
7   would have permitted a jury to find you guilty beyond a
8   reasonable doubt.
9           Now, to that end the Government filed what it
10  calls a "Statement of Facts." And it says, as follows,
11  that beginning at least in early 2004, you began to assist
12  a man named Antoine Jones with some of the activities of
13  a drug organization that distributed multi-kilogram
14  quantities of cocaine in Washington, D.C., and elsewhere.
15          Your role included renting a house in Maryland
16  which was used by one of Jones's sources to facilitate the
17  storage of quantities of cocaine or for other drug-related
18  activities. You acted as a courier of cash to one of his
19  sources, and you occasionally distributed cocaine and
20  received payment for drugs from some of his customers. All
21  of this occurred in the District of Columbia.
22          During the course of your relationship with the
23  man named Jones, more than 50 kilograms but less than 150
24  kilograms of cocaine were distributed by members of this
25  conspiracy.

```
 1              That's the facts the Government says it could
 2   prove.  Is that true?
 3              THE DEFENDANT:  Yes, sir.
 4              THE MAGISTRATE JUDGE:  Can the Government prove
 5   those facts?
 6              THE DEFENDANT:  Yes, sir.
 7              THE MAGISTRATE JUDGE:  All right.
 8              MR. GEISE:  Your Honor, there is a brief oral
 9   addition.
10              THE MAGISTRATE JUDGE:  Yes.
11              MR. GEISE:  Which is as follows.  The individuals
12   that Mr. Maynard knew or believed had either dropped off
13   money from cocaine purchases or received cocaine from Jones
14   included John Adams, Demetrious Johnson, Michael Huggins,
15   Kevin Holland, and Adrian Jackson.
16              THE MAGISTRATE JUDGE:  Thank you.
17              Mr. Maynard, for the reasons that I'm about to
18   state, I'm going to recommend your plea of guilty.  I find,
19   first of all, that you have had the effective assistance of
20   your lawyer, that you're pleading guilty of your own free
21   will with a full awareness of the consequences of doing so,
22   and that independent of your plea of guilty there is a
23   factual basis.
24              I therefore will sign the document that
25   recommends to Judge Huvelle that she accepts your plea
```

1  of guilty.
2           Counsel, do you have a date from the Judge?
3           MR. GEISE:  Two other minor matters, Your Honor.
4  I'm not sure, as I look at my Xerox copy, that I signed the
5  plea agreement.  If the Court would check for me?  I may
6  have an earlier Xerox.
7           THE MAGISTRATE JUDGE:  You did not.
8           MR. GEISE:  I probably should at some point
9  certainly.  And --
10          THE MAGISTRATE JUDGE:  Would you please hand
11 that.  Thank you.
12          MR. GEISE:  And the other thing, Your Honor, is
13 Mr. Katzoff and I have talked.  Some of the activity in
14 this matter did occur in the District of Maryland.  I have
15 spoken with the assistants there.  They don't intend to
16 proceed on any of it at this point.  Obviously, they aren't
17 bound, since their signatures do not appear on the
18 agreement, but at least at the moment they've indicated to
19 me they don't intend to pursue any charges arising out of
20 this matter.
21          THE MAGISTRATE JUDGE:  Thank you.  Counsel are
22 directed to call Gwen Franklin as soon as possible to set a
23 date at which Judge Huvelle will consider my recommendation
24 and anything else that she chooses to take up.  Thank you.
25          MR. KATZOFF:  Thank you, Your Honor.

```
 1            THE MAGISTRATE JUDGE:  Thank you.  Thank you,
 2  Mr. Maynard.
 3            THE DEFENDANT:  Thank you.
 4            (Whereupon, proceedings were concluded.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
UNITED STATES OF AMERICA )
                         ) Criminal No. 05-0386-10
DISTRICT OF COLUMBIA     )
```

I, PAUL R. CUTLER, do hereby certify that a recording of the foregoing proceedings in the above matter was duplicated from an original recording by the Office of the Clerk, United States District Court for the District of Columbia, and that said duplicate recording of the proceedings was transcribed under my direction to typewritten form.

_____
PAUL R. CUTLER

I do hereby certify that the foregoing transcript was typed by me and that said transcript is a true record of the recorded proceedings to the best of my ability.

_____
BONNIE FURLONG