TO WHOM IT MAY CONCERN

FILED

OCT 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this
be held
ESH
10/23

MY NAME IS LAWRENCE MAYNARD, I AM WRITING THIS LETTER IN THE REQUEST FOR JUSTICE. MY PRESENT SITUATION IS IN VIOLATION OF MY SIXTH AMENDMENT RIGHT, THE RIGHT TO COUNSEL.

TODAY IS OCTOBER 12, 2006. SINCE THE FIRST OF SEPTEMBER 2006 I HAVE BEEN WITHOUT ASSISTANCE TO COUNSEL. MY PUBLIC DEFENDER ATTORNEY ASSIGNED TO MY CASE WAS GRANTED HIS MOTION TO WITHDRAW AS COUNSEL.

I AM REQUESTING INFORMATION ON FILING A COMPLAINT, MY NEED TO HAVE ASSISTANCE TO COUNSEL, ALSO INFORMATION ON MY CASE OR ABOUT MY CASE NOT BEING HEARD BY THE COURTS.

I AM PRESENTLY HELD IN D.C. JAIL SINCE NOVEMBER 23, 2005 MY TRIAL DATE WOULD HAVE BEEN OCTOBER 16, 2006. WITHOUT ANY LEGAL ASSISTANCE I WILL NOT GO TO TRIAL. THIS IS CERTAINLY A CONSTITUTIONAL VIOLATION. PLEASE CAN YOUR ORGANIZATION HELP ME.

ATTORNEY; HOWARD B. KATZOFF

(BAR # 348292)

717 "D" STREET NW, SUITE 310

WASH. DC 20004

(202) 783 6414

CC: Judge Huvelle
AUSA-Special Proceedings
Off.

RESPECTFULLY

LAWRENCE MAYNARD

CASE # 05-35: DISTRICT COURT

ESH