UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :   Crim. No. 05-386(ESH)

LAWRENCE MAYNARD                  :

MOTION TO SET DATE FOR STATUS HEARING

Defendant Lawrence Maynard, by and through counsel, moves this Honorable Court to schedule a status hearing in this case and in support states the following.

1. On September 8, 2006, Defendant filed a pro se Motion to Withdraw Guilty Plea, Motion for New Evidentiary Hearing, and Motion for Leave to File Motions to Suppress. (Doc #187)

2. Undersigned counsel was appointed to represent Mr. Maynard on October 23, 2006. Counsel is in the process of reviewing the various pleading filed in this case and will be obtaining discovery materials from the government.  It is anticipated that a Supplement to Defendant's Motion to Withdraw the Guilty Plea soon will be filed.

3. Defendant requests that the Court set a status hearing date so that various outstanding issues can be addressed and future dates scheduled.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582

Davis & Davis
The Lincoln Building
514 10th Street, NW – Ninth Floor
Washington, D.C. 20004
(202) 234-7300

<u>CERTIFICATE</u> <u>OF</u> <u>SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served via the Court's ECF System upon Rachel Carlson Lieber, AUSA and John V. Geise, AUSA on this ____ day of December, 2006.

                                                         /s/
                                       Christopher M. Davis