UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

    v. : Crim. No. 05-386(ESH)

LAWRENCE MAYNARD :

TO THE CLERK OF THE COURT:

    Please file the attached Discovery Request in the jacket of the above-captioned case.

        Respectfully submitted,

        _____/s/_____
        Christopher M. Davis #385582

        Davis & Davis
        The Lincoln Building
        514 10th Street, NW – Ninth Floor
        Washington, D.C. 20004
        (202) 234-7300

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served via the Court's ECF System upon Rachel Carlson Lieber, AUSA and John V. Geise, AUSA on this 22nd day of December, 2006.

        _____/s/_____
        Christopher M. Davis