UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

    v.                             :   Crim. No. 05-386(ESH)

LAWRENCE MAYNARD               :

TO THE CLERK OF THE COURT:

Please file the attached Discovery Request in the jacket of the above-captioned case.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582

Davis & Davis
The Lincoln Building
514 10th Street, NW – Ninth Floor
Washington, D.C. 20004
(202) 234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via the Court's ECF System upon Rachel Carlson Lieber, AUSA and John V. Geise, AUSA on this 22nd day of December, 2006.

_____/s/_____
Christopher M. Davis