## DAVIS AND DAVIS
ATTORNEYS AT LAW

THE LINCOLN BUILDING
514 10TH STREET, N.W.
NINTH FLOOR
WASHINGTON, D.C. 20004

CHRISTOPHER M. DAVIS
MARY E. DAVIS

OFFICE: (202) 234-7300
FAX: (202) 639-0458

December 22, 2006

Rachel Carlson Lieber, AUSA
John V. Geise, AUSA
555 Fourth Street, NW
Washington, D.C. 20530

Re: Discovery in United States v. Lawrence Maynard
    Crim. No. 05-386-10(ESH)

Dear Ms. Lieber/Mr. Geise:

Besides the items sought in the general discovery request, sent under separate cover, please provide the following:

1. All phone records for the defendant's Sprint telephone (301) 613-6293, in service from approximately January 2005 through November 2005;

2. All pen register applications and extensions thereto sought/obtained during the investigation of this case;

3. Search warrants and affidavits for the following properties: 9719 Summit Circle, apartment 3B; 8550 Myrtle Ave., Bowie, MD; 400 Hampton Park Blvd.;

4. All applications and Orders for all Title III interceptions and requests for extensions, all "line sheets" containing details of intercepted calls, and all transcripts prepared of intercepted calls.

Yours very truly,

Christopher M. Davis