UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
   (Lead Defendant:
    Antoine Jones)

Crim. No. 05-386-10   (ESH)

### ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of undersigned counsel on behalf of defendant Lawrence Maynard, effective February 9, 2007.

 /s/
James L. Lyons   (50690)
Kellogg, Williams & Lyons
1925 K Street, N.W., Suite 200
Washington, D.C.   20006
(202) 496-0722
(202) 331-1257   (fax)
JamesLyons@verizon.net (e-mail)

[x]  CJA
[ ]  Retained