UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
(Lead Defendant:
Antoine Jones)

Crim. No. 05-386-10 (ESH)

Status Hearing Date:
March 23, 2007, 9:30 a.m.

## ORDER

Upon consideration of defendant Lawrence Maynard's motion for additional access to the D.C. Jail law library, any opposition thereto, and for good cause shown, it is here

**ORDERED**, that defendant's motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED**, that the D.C. Department of Correction shall make arrangements for Mr. Maynard to have access to the law library at the D.C. Jail at least ___ hours each week while he is pending trial.

**SO ORDERED THIS** _____ **DAY OF** _____, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE