UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 23 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
(Lead Defendant:
Antoine Jones)

Crim. No. 05-386-10   (ESH)

Status Hearing Date:
March 23, 2007, 9:30 a.m.

### ORDER

Upon consideration of defendant Lawrence Maynard's motion for additional access to the D.C. Jail law library, any opposition thereto, and for good cause shown, it is here

**ORDERED**, that defendant's motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED**, that the D.C. Department of Correction shall make arrangements for Mr. Maynard to have access to the law library at the D.C. Jail at least _10_ hours each week while he is pending trial.

SO ORDERED THIS _23_ DAY OF _February_, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE