UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAWRENCE MAYNARD<br>  (Lead Defendant:<br>   Antoine Jones) | Crim. No. 05-386-10  (ESH)<br><br>Status Hearing Date:<br>March 23, 2007, 9:30 a.m. |

<u>ORDER</u>

Upon consideration of defendant Lawrence Maynard's Renewed Motion to Vacate Detention Order and to Set Conditions of Release, any opposition thereto, and for good cause shown, it is here

**ORDERED**, that defendant's motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED**, that defendant shall be released into the D.C. Pretrial Services Agency Heightened Supervision Program, with special conditions to be set by the Court in open court.

SO ORDERED THIS _____ DAY OF _____, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE