UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>             v.<br><br>**LAWRENCE MAYNARD** | Crim. No. 05-386 (ESH) |

**NOTICE OF CHANGE OF ADDRESS**

As of April 1, 2007, undersigned counsel's new address is as follows:

>James L. Lyons, Esq.
>Kellogg, Williams & Lyons
>1350 Connecticut Avenue, N.W.
>Suite 600
>Washington, D.C.  20036
>
>(202) 496-0722  (Telephone)
>(202) 331-1257  (Fax)
>JamesLyons@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2007, I caused a true and correct copy of the foregoing pleading to be delivered to the parties in this case via the Court's Electronic Case Filing system (EFC).

                              /s/
                        James L. Lyons