**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
(Lead Defendant:
Antoine Jones)

Crim. No. 05-386-10  (ESH)

Status Hearing Date:
May 18, 2007, 11:00 a.m.

**DEFENDANT LAWRENCE MAYNARD'S MOTION FOR**
**ACCESS TO COMPUTER AND VIDEO PLAYER TO REVIEW DISCOVERY MATERIALS**

Defendant Lawrence Maynard, through undersigned counsel, respectfully submits this motion for access to a computer and video play to review discovery materials provided by counsel.  As grounds for this motion, counsel states as follows:

1.  By Order dated February 23, 2007, the Court granted defendant access to the law library at the D.C. Jail for at least ten hours each week while he is pending trial.

2.  To adequately prepare for trial defendant will need to review some, if not all, of the discovery materials provided by the government to counsel in the form of CDS, DVDs, and video tapes.

3.  By Order March 6, 2007, the Court granted co-defendant Jones permission to receive discovery materials "in whatever form (including, but not limited to paper, CD, DVD or video, and shall allow Defendant Jones sufficient access to a computer or video

1

player so that he may adequately review the materials provided by counsel."

4.    Defendant Maynard is in the same position as co-defendant Jones as regards the need for access to a computer and video player to review various discovery materials.

5.    Accordingly, fully protect defendant's Sixth Amendment rights, we respectfully ask the Court to sign a Order giving defendant Maynard the same privileges as those granted to co-defendant Jones.

**WHEREFORE,** for all the foregoing reasons, we ask that this motion be granted.

Respectfully submitted,


_____/s/_____
James L. Lyons  (50690)
Kellogg, Williams & Lyons
1350 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036
(202) 496-0722
(202) 331-1257  (fax)
JamesLyons@verizon.net (e-mail)


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2007, I caused a true and correct copy of the foregoing pleading to be delivered to the parties in this case via the Court's Electronic Case Filing (ECF).

_____/s/_____
James L. Lyons