UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
(Lead Defendant:
Antoine Jones)

Crim. No. 05-386-10   (ESH)

Status Hearing Date:
May 18, 2007, 11:00 a.m.

## ORDER

Upon consideration of defendant Lawrence Maynard's motion for access to a computer and video to review discovery materials at the D.C. Jail, any opposition thereto, and for good cause shown, it is hereby this ___ day of May, 2007,

**ORDERED**, that defendant's motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED**, that the D.C. Department of Correction shall allow defendant Maynard's counsel to provide defendant with discovery in whatever form (including, but not limited to paper, CDS, DVDs, or videos), and shall allow defendant sufficient access to a computer or video player so that he may adequately review the material provided by counsel.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE