UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        v.<br><br>**LAWRENCE MAYNARD**<br>   (Lead Defendant:<br>    Antoine Jones) | Crim. No. 05-386-10  (ESH)<br><br>Status Hearing Date:<br>Sept. 7, 2007, 11:00 a.m. |

## ORDER

Upon consideration of defendant's Motion To Adopt Prior Motions Filed By Co-Defendant Jones, the government's response thereto, and the record herein, it is hereby

**ORDERED,** that defendant's motion be and hereby is **GRANTED.**

**SO ORDERED THIS _____ DAY OF _____, 2007.**

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT COURT JUDGE**