UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>LAWRENCE MAYNARD<br>   (Lead Defendant:<br>    Antoine Jones) | Crim. No. 05-386-10  (ESH)<br><br>Status Hearing Date:<br>Sept. 7, 2007, 11:00 a.m. |

**DEFENDANT LAWRENCE MAYNARD'S MOTION FOR RULE 14 SEVERANCE**

   Defendant Lawrence Maynard, by and through his attorney, respectfully moves the Court pursuant to Rules 12(b)(3)(C) and 14 of the Federal Rules of Criminal Procedure to sever his trial from the trial of co-defendant Antoine Jones.  As grounds for this motion, counsel states as follows:

   1.   Defendant Lawrence Maynard is charged with narcotics conspiracy with co-defendants Antoine Jones and Kirk Carter.

   2.   For the record, defendant Maynard maintains that the evidence against him compared to co-defendant Jones is so relatively minimal that he should be tried separately from Jones to insure that he receives a fair trial.[1]  See United States v.

---

   [1] Counsel is appreciative of the Court's view of the strength of the government's evidence against defendant Maynard as expressed at the hearing on our motion for house arrest.
(continued...)

1

Mardian, 546 F.2d 973, 979-981 (D.C. Cir. 1976); United States v. Sampol, 636 F.2d 621, 642-651 (D.C. Cir. 1980); United States v. Andrews, 754 F. Supp. 1161 (N.D. Ill. 1990).  The "spillover" effect of the evidence against Jones will in all likelihood severely compromise the jury's ability to view defendant Maynard's case on its own merits.  See United States v. Kelly, 349 F.2d 720 (D.C. Cir. 1965).

    3.  It is well settled that this Court is vested with wide discretion in considering severance motions.  See United States v. Maynard, 476 F.2d 1170 (D.C. Cir. 1973),[2] and we ask the Court to exercise its discretion and sever defendant Maynard's case from the case of co-defendant Jones.

    **WHEREFORE,** defendant requests that this motion be granted.

Respectfully submitted,

_____/s/_____  
James L. Lyons  (50690)  
Kellogg, Williams & Lyons  
1350 Connecticut Avenue, N.W.  
Suite 300  
Washington, D.C.  20036  
(202) 496-0722  
(202) 331-1257  (fax)  
JamesLyons@verizon.net (e-mail)

---

[1](...continued)  
Nonetheless, to fully protect the record, counsel is filing the instant motion.

[2]  Parenthetically, we note that the Maynard in United States v. Maynard is no kin of the defendant Maynard in this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2007, I caused a true and correct copy of the foregoing pleading to be delivered to the parties in this case via the Court's Electronic Case Filing (ECF).

                                          /s/
                                     James L. Lyons