UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    v.

**LAWRENCE MAYNARD**
  (Lead Defendant:
   Antoine Jones)

Crim. No. 05-386-10  (ESH)

Status Hearing Date:
Sept. 7, 2007, 11:00 a.m.

## ORDER

Upon consideration of defendant's Motion To Suppress Evidence of the Durham, North Carolina, Traffic Stop, the government's response thereto, and the record herein, it is hereby

**ORDERED,** that defendant's motion be and hereby is **GRANTED.**

SO ORDERED THIS _____ DAY OF _____, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE