UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
   (Lead Defendant:
    Antoine Jones)

Crim. No. 05-386-10   (ESH)

Status Hearing Date:
Sept. 7, 2007, 11:00 a.m.

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

8550 MYRTLE AVENUE
BOWIE, MARYLAND 20715

SEARCH WARRANT
CASE NUMBER: 
04- 806 PWG

TO: SPECIAL AGENT Katerina Gikas] and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT Katerina Gikas who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

8550 MYRTLE AVENUE, BOWIE, MD 20715, further described as a single family, two story dwelling with an attached garage. The dwelling has a brick front exterior with an off-white/light, grey siding protruding window and off-white/light grey siding exterior on each side of the dwelling. The number 8550 is affixed to a white wooden sign directly to the right of the main doorway facing north. "8550" is also in black lettering on a metallic mailbox in front of the house

in the District of Maryland there is now concealed a certain person or property, namely (describe the person or property)

~~DESCRIBED ABOVE~~ See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

SEE ATTACHED AFFIDAVIT.

YOU ARE HEREBY COMMANDED to search on or before  3/8/04
                                                    Date

( 18 USC 3103a (b)(1)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, and you are further ~~authorized pursuant to Section 213~~ of the Patriot Act not to leave any notice of entry or copy of the warrant and inventory as such notice of entry may have an adverse result on the investigation of this matter, as defined in 18 U.S.C. Section 2705; and that the notice of entry and execution of this warrant is hereby delayed for a period not to exceed thirty (30) days from the date the warrant is executed, unless further extended by Order of this Court and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Paul W. Grimm, U.S. Magistrate Judge, as required by law.

2/27/04 @ 1710hrs                    at    Baltimore, Maryland
Date and Time Issued                        City and State

PAUL W. GRIMM
UNITED STATES

1 04- 806 PWG   C5-8(...)
                04-        MC

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 02/27/04 | 02/27/04 @ 2050 hrs. | n/a |

INVENTORY MADE IN THE PRESENCE OF   n/a

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

No narcotics or U.S. currency was found. Some items used to bundle narcotics and/or U.S. currency were found but not taken, i.e., several boxes of plastic heat-sealing bags were found in several black duffle bags in the closet of one of the bedrooms. These items, though not taken to maintain the integrity of the premises, were photographed. It was also noted that every window in this residence was covered either by aluminum foil, blinds or sheets & blankets.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____        03/05/04
U.S Judge or Magistrate              Date

04- 306 PWG

## Schedule A

1. Narcotics and narcotics packaging material;

2. United States currency and items used to count and bundle United States currency

3. Documents pertaining to the ownership or leasehold of the subject premises;

4. Documents pertaining to identification, travel and personal papers of the leaseholder's or occupants of the subject premises

# UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

In the Matter of the Search of

8550 MYRTLE AVENUE
BOWIE, MARYLAND 20715
AFFIDAVIT

APPLICATION AND

FOR SEARCH WARRANT

CASE NUMBER: 04- 806 PWG

I Katerina Gikas being duly sworn depose and say:
I am a Special Agent with the Immigration and Customs Enforcement ("ICE") and have reason to believe that ~~~~~~~~~~~~

on the ~~~~~~~~~~~~

property or premises known as:

8550 Myrtle Avenue, Bowie, Maryland 20715. A single-family, two story dwelling with an attached garage. The dwelling has a brick front exterior with an off-white/light, grey siding protruding window and off-white/light grey siding exterior on each side of the dwelling. The number 8550 is affixed to a white wooden sign directly to the right of the main doorway facing north. "8550" is also in black lettering on a metallic mailbox in front of the house,

in the District of Maryland, there is now concealed a certain person or property, namely
See Schedule "A"

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

21 USC 841 PWID CDS

Evidence, fruits or instruments of a crime concerning a violation of Title 21 United States Code, Section 963, and Title 18 United States Code Section 1956. The facts to support a finding of Probable Cause and the delay of notification of the entry to the subject premises and the execution of the warrant are as follows:

See Attached Affidavit

Continued on the attached sheet and made a part hereof.

Yes

04- 806 PWG

_Katerina Gikas_
Special Agent, U.S. ICE

Sworn to before me, and subscribed in my presence

2/27/04 @ ~~1645~~      at      Balti~~more~~ Maryland
1710 hrs.

_Paul W. Grimm_
U.S. Magistrate Judge

JGW:sfj

04- 806 PWG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE SEARCH OF     :     MISC
                                         NO._____

8550 MYRTLE AVENUE
BOWIE, MARYLAND 20715              :

UNDER SEAL

...oOo...

AFFIDAVIT

INTRODUCTION

I, Katerina Gikas, having been duly sworn, do hereby depose and state as follows:

I am employed as a Senior Special Agent with United States Immigration and Customs Enforcement ("ICE"), and have worked in that capacity since February 2002. I am currently assigned to the ICE office of the Special Agent in Charge in Baltimore, Maryland. Prior to my assignment with ICE, I was employed for six years as a Special Agent with the Department of Treasury, Internal Revenue Service. I successfully completed over 28 weeks of training in the Federal Law Enforcement Training Center, most recently graduating from the Customs Basic Enforcement School at the top of my class. Throughout my career I have received continued professional education and training in the enforcement of criminal statutes prohibiting smuggling, money laundering,

1

F 04- 806 FVG

narcotics related offenses and numerous financial crimes. I have conducted and participated in numerous investigations and prosecutions including matters of money laundering, narcotics trafficking and smuggling, conspiracy, mail and wire fraud, tax evasion and other financial crimes. I am currently assigned to the Baltimore Field Office, Airport and Smuggling group, primarily investigating drug smuggling and money laundering offenses. I am familiar with the federal laws relating to the unlawful importation of cocaine as specified in 21 U.S.C. Section 952, conspiracy to import cocaine as specified in 21 U.S.C. Section 963 and possession with the intent to distribute as specified in 21 U.S.C. Section 841 as well as the money laundering statutes as specified in 18 U.S.C Sections 1956 and 1957.

As a Special Agent, I have conducted investigations concerning the illegal importation of cocaine into the United States and the laundering of narcotics proceeds, and have been involved in the investigation of the matters referenced herein since February 6, 2004. The information in this affidavit is based on my personal knowledge and observations, and information related to me by the individuals named herein and by representatives if ICE.

Because the purpose of this affidavit is to set forth only the facts necessary to establish probable cause for the authority to enter and execute a search warrant on the premises of 8550 Myrtle Avenue, Bowie, Maryland 20715, I have not described all the facts and circumstances of which I am aware.

This affidavit is made in support of an application for a search warrant on said premises. This affidavit sets forth probable cause to believe that within the premises described above is evidence of violations of the narcotics smuggling laws as specified in 21

2

04- 806 PWG

U.S.C. § 963, importation of narcotics, as well as evidence of money laundering in violation of 18 U.S.C. § 1956, committed within the District of Maryland and elsewhere, and that obtaining this evidence will be of use in a criminal investigation involving the distribution of large quantities of cocaine and the acquisition and/or transportation of monetary proceeds from the distribution of cocaine which was imported into the United States.

## PROBABLE CAUSE

1. On February 6, 2004 at approximately 2030 hours, your Affiant and other ICE Agents were conducting surveillance in the Arundel Mills shopping complex in Hanover, Maryland. Agents observed three Hispanic males (UNKHM1, UNKHM2, and UNKHM3) in Jillian's restaurant/bar. UNKHM1 appears to be approximately in his early 30's while UNKHM2 and UNKHM3 appear to be younger, approximately in their early 20's. ICE agents followed the three UNKHMs as they left Jillian's and departed the Arundel Mills shopping mall area in a silver Chevrolet Impala bearing temporary Delaware registration number XA913316. Records checks revealed that the registered owner of this Chevrolet Impala vehicle (silver Impala) is Guadalupe BARRONE and that BARRONE requested that the temporary license plates be mailed to Texas.

2. Further checks revealed that Guadalupe BARRONE was the registered owner of two other vehicles involved in an ongoing ████ Texas drug smuggling investigation. This ongoing ████ investigation has resulted in over twenty narcotics seizures on the United States border in McAllen, Texas. It is believed that BARRONE is engaged in the practice of securing vehicles for use in the transportation of narcotics and monetary proceeds of narcotics sales. Your Affiant and

3

04- 806 PWG

other Agents followed the silver Impala to an apartment complex, Summit Largo Town Center, in Largo, Maryland, arriving there at approximately 2300 hours on February 6, 2004. Agents observed that the driver of the silver Impala was driving somewhat erratically and possibly attempting to conduct counter-surveillance, i.e., quickly changing lanes, indicating a turn or exit in one direction but then changing at the very last moment, etc. These types of evasive maneuvers are, in my experience, used by narcotics traffickers to evade surveillance by law enforcement. Once in the apartment complex, the silver Impala was parked directly in front of Building 9719 on Summit Circle.

3. Your Affiant and other ICE agents conducted continuous surveillance on the Summit Largo Town Center from approximately 2300 hours on February 6 through February 7, 2004. During the course of this surveillance ICE agents observed each of the UNKHMs entering and exiting 9719 Summit Circle. Specifically but not exclusively, at approximately 1000 hours on February 7, 2004, Agents observed UNKHM2 and UNKHM3 depart the apartment complex in the silver Impala. UNKHM2 and UNKHM3 drove to the Arundel Mills mall where they shopped at the Banana Republic clothing store; Agents later observed UNKHM2 and UNKHM3 return to 9719 Summit Circle carrying Banana Republic shopping bags. Agents further observed UNKHM1 exit 9719 Summit Circle, talk on a cellular telephone outside, and return into 9719 Summit Circle.

4. In the late afternoon of February 7, 2004, actions taken by ICE agents conducting surveillance apparently became known to the Hispanic males, and your Affiant believes this knowledge caused the three UNKHMs to flee Maryland. UNKHM1 and UNKHM2 departed the area in haste in the silver Impala and had not returned to the Summit Largo Town Center as of February 13, 2004. UNKHM3 departed the Largo area in a 1998

4

black Cadillac (Maryland registration MCW738) driven by an unknown black male and said car was followed directly to Baltimore Washington International Airport. UNKHM3 was dropped off at the Southwest Airlines terminal at approximately 1730 hours where he purchased a ticket to Houston, Texas and departed at 1925 hours. UNKHM3 purchased his ticket with cash in the name of Manuel GARCIA and presented a U.S. Immigration document to Southwest Airlines, which identified himself as Manuel Garcia. Houston is located in southern Texas and is within a six-hour drive of McAllen, Texas.

5. Maryland Department of Motor Vehicles (DMV) records checks revealed that the registered owner of the black Cadillac (MD-MCW738) is Antoine JONES, black male/DOB 02-25-1960, of 12221 Brandywine Road in Brandywine, Maryland. Further investigation revealed that Antoine JONES is the lessee of 9719 Summit Circle, Apartment 3B, in Largo, Maryland.

6. On February 7 and 8, 2004, ICE agents conducted surveillance at 12221 Brandywine Road, which is a single family home. Agents observed a white, eighteen-foot box truck parked in front of 12221 Brandywine Road.

7. Your Affiant subpoenaed Summit Properties regarding 9719 Summit Circle, and also interviewed several employees of the apartment comp[lex] Apartment 3B and learned the following:

- - Antoine JONES, black male/DOB 02-25-1960, leased Apartment 3B at 9719 Summit Circle on November 11, 2003 for a period of six months
- - In addition, JONES subsequently leased a one-car garage unit G7 at the same complex
- - JONES pays the monthly rent of $1,491 with U.S. Postal money orders

5

- - Several Hispanic males visit the subject apartment every few weeks
- - The silver Impala vehicle has been observed parked in the garage unit G7
- - JONES listed 12221 Brandywine Road in Brandywine, Maryland as his previous address on his rental application.

8. Criminal history checks reveal that JONES has numerous controlled substance and weapons related charges, with convictions in Washington, D.C., Virginia and in the federal system. These convictions span the period from 1989 to 1994.

9. Investigation and information from confidential informant SA-441MC, referenced infra, revealed that the three UNKHMs might be returning to the Maryland area. From February 18 to 19, 2004, your Affiant and other ICE agents conducted surveillance in the Prince George's County, including Brandywine, Largo and other Washington, D.C./Maryland suburbs. On February 19, 2004 at approximately 1100 hours, your Affiant and other ICE agents observed a gold Toyota Camry vehicle (Maryland registration 057BLH). Maryland DMV records checks revealed that the registered owner of the Camry is Vernita Lyna JOHNSON of 11923 Calico Woods Place in Waldorf, Maryland. Investigation revealed that JOHNSON is JONES' sister-in-law and is also associated with the 12221 Brandywine Road address and 9899 Good Luck Road in Lanham, Maryland.

10. From February 19 through 21, 2004 and again on February 23, 2004, your Affiant and other ICE agents concentrated their surveillance in the areas surrounding Lanham, including Bowie, Greenbelt and Bladensburg, Maryland. On February 24, 2004 at approximately 1100 hours, ICE agents observed a white, eighteen-foot box truck (Maryland registration 63M462) in Bowie, that appeared to be the same box truck

6

04- 806 PWG

previously found parked in front of JONES' 12221 Brandywine Road address on February 7 and 8, 2004. On February 24, 2004, Agents observed this box truck backing into and parking in the driveway of 8550 Myrtle Avenue in Bowie, Maryland. Maryland DMV records checks revealed that the registered owner of this box truck is Antoine JONES of 12221 Brandywine Road in Brandywine, Maryland. Agents observed the passenger exit the box truck and walk toward the house. Approximately two to three minutes later Agents observed the passenger re-enter the box truck. The box truck then departed the area. Investigation revealed that 8550 Myrtle Avenue is a rental property and that the owners of the house are absentee landlords.

11.   Agents in Baltimore received information from confidential informant SA-441MC regarding a cellular telephone bearing number 956-793-0310 that was said to be utilized by an individual working for a Mexican based drug cartel. The area code assigned that number, 956, is issued out of the McAllen, Texas area. On February 17, 2004, United States Magistrate Judge James K. Bredar signed a pen register order for said number and also authorized the disclosure to law enforcement of cell tower information to enable investigators to track and locate the area where the phone is being utilized. On or about February 23-24, 2004, agents utilizing sophisticated electronic equipment pinpointed the use of this phone to the subject premises at 8550 Myrtle Avenue.

12.   On February 23, 2004, your Affiant first observed a blue Plymouth van parked in the driveway at 8550 Myrtle Avenue. This van remains parked at the subject premises and a temporary Delaware license tag affixed to the vehicle was traced by investigators who determined that the registered owner is Guadalupe Barrone, who is referenced earlier in this affidavit.

7

04- 806 PWG

13.  Confidential informant SA-441MC has provided information to the investigating agents concerning the movement of drugs and monetary proceeds from the sale of drugs undertaken in Maryland by a Mexican drug cartel. Confidential informant SA-441MC has a proven track record of reliability and credibility. O▮▮▮▮2003, SA-441MC was documented as a U.S. Immigration and Customs Enforcement confidential informant by Special Agent ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. SA-441MC has provided information in reference to at least seven (7) separate narcotics smuggling organizations. SA-441MC has provided hundreds of investigative leads and reliable insight to how Mexican-based narcotics organizations are operating and evolving. All the investigative leads that could be confirmed have been and have proven to be highly reliable. SA-441MC has assisted Agents on numerous occasions by providing the telephone numbers, license plates, and whereabouts of narcotics traffickers, their residences, associates, business dealings and money laundering tactics. SA-441MC has made hours of consensually monitored telephone conversations with several different suspects. Contained in these recordings are implications of narcotics smuggling, money laundering, kidnapping, and extortion. SA-441MC has set up undercover meetings between narcotics smugglers and ICE undercover Agents to establish undercover narcotics trafficking ventures. The following is a list of seizures that would not have been made of not for reliable information provided by SA-441MC:

▮▮/03▮▮ lbs. of marijuana

▮▮/03▮▮ lbs. of marijuana

▮▮/03▮▮ lbs. of marijuana, ▮▮▮▮ in illegal proceeds

▮▮/03▮▮ lbs. of marijuana



8


lbs. of marijuana

04- 806 PWG

14. Confidential informant SA –441 MC has provided investigators in Maryland with the telephone number referenced in Paragraph 11 herein and has stated that there is approximately $2.8 million dollars in drug proceeds secreted inside the premises where the Mexican subjects were recently staying. Based on law enforcement surveillance and the electronic tracking of the cellular number referenced in Paragraph 11, your affiant believes that the money referenced by SA-441 MC is indeed present at 8550 Myrtle Avenue.

15. Your affiant further seeks permission to delay any notice of the execution of this warrant pursuant to the provisions of Section 213 of the Patriot Act. Your affiant believes that should investigators enter the subject premises and seize narcotics or a large amount of United States currency, any notice of entry, such as the leaving of a copy of the search warrant and an inventory of the items seized will compromise the identity of confidential informant SA-441 MC and have an adverse result as set forth on 18 U.S.C. 2705, specifically, that the confidential informant's life and physical safety will be endangered and may also cause flight from prosecution of the individuals who are distributing large quantities of drugs and collecting proceeds in Maryland.

## CONCLUSION

Based on the aforementioned information in this affidavit, I submit that there is probable cause to believe that within subject premises, 8550 Myrtle Avenue in Bowie, Maryland 20715 is evidence of violations of the narcotics smuggling laws as specified in

04- 806 PWG

21 U.S.C. § 963, said offenses having been committed within the District of Maryland and elsewhere, and that obtaining this evidence will be of use in a criminal investigation involving the distribution of large quantities of cocaine and the acquisition and/or transportation of monetary proceeds from the distribution of cocaine which was imported into the United States, and, further that this Court permit the delaying of notice of entry of the execution of this warrant for a period of thirty (30) days pursuant to Section 213 of the Patriot Act.

_____
KATERINA GIKAS, SPECIAL AGENT
UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT

Sworn and subscribed to before me this 27th day of February, 2004

_____
Paul W. Grimm
United States Magistrate Judge

10.

04- 806 PWG

## Schedule A

1. Narcotics and narcotics packaging material;

2. United States currency and items used to count and bundle United States currency

3. Documents pertaining to the ownership or leasehold of the subject premises;

4. Documents pertaining to identification, travel and personal papers of the leaseholder's or occupants of the subject premises