**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 05-386-10  (ESH)** |
| **LAWRENCE MAYNARD** | **Status Hearing Date:** |
| (Lead Defendant: Antoine Jones) | **Sept. 7, 2007, 11:00 a.m.** |

<u>**ORDER**</u>

Upon consideration of defendant's Motion To Suppress Evidence of the 8550 Myrtle Avenue, Bowie, Maryland, Search, the government's response thereto, and the record herein, it is hereby

**ORDERED,** that defendant's motion be and hereby is **GRANTED.**

SO ORDERED THIS _____ DAY OF _____, 2007.

_____

**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT COURT JUDGE**