UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LAWRENCE MAYNARD**<br>   (Lead Defendant:<br>    Antoine Jones) | **Crim. No. 05-386-10  (ESH)**<br><br>Status Hearing Date:<br>Sept. 7, 2007, 11:00 a.m. |

**DEFENDANT LAWRENCE MAYNARD'S MOTION TO JOIN
ALL RELEVANT MOTIONS TO BE FILED BY CO-DEFENDANTS**

Defendant Lawrence Maynard, by and through his attorney, respectfully moves the Court pursuant to Rules 12(b)(2) leave to join relevant motions to be filed by the co-defendants in this case. Granting of this motion will avoid the unnecessary filing of various motions also will avoid the unnecessary duplication of work effort.

**WHEREFORE,** defendant requests that this motion be granted.

Respectfully submitted,

_____/s/_____
James L. Lyons  (50690)
Kellogg, Williams & Lyons
1350 Connecticut Avenue, N.W. #300
Washington, D.C.  20036
(202) 496-0722
(202) 331-1257  (fax)
JamesLyons@verizon.net (e-mail)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2007, I caused a true and correct copy of the foregoing pleading to be delivered to the parties in this case via the Court's Electronic Case Filing (ECF).

/s/
James L. Lyons
