UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LAWRENCE MAYNARD**<br>  (Lead Defendant:<br>   Antoine Jones) | **Crim. No. 05-386-10  (ESH)**<br><br>Status Hearing Date:<br>Sept. 7, 2007, 11:00 a.m. |

<u>**ORDER**</u>

Upon consideration of defendant's Motion for Leave to Join Relevant Motions To Be Filed By Co-Defendants, the government's response thereto, and the record herein, it is hereby

**ORDERED,** that defendant's motion be and hereby is **GRANTED.**

**SO ORDERED THIS _____ DAY OF _____, 2007.**

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE