UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
   (Lead Defendant:
    Antoine Jones)

Crim. No. 05-386-10  (ESH)

Status Hearing Date:
Sept. 7, 2007, 11:00 a.m.

### ORDER

Upon consideration of defendant's Motion for Leave to Join Relevant Motions To Be Filed By Co-Defendants, the government's response thereto, and the record herein, it is hereby

**ORDERED,** that defendant's motion be and hereby is **GRANTED.**

SO ORDERED THIS __5__ DAY OF __July__, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE