UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **ANTOINE JONES,** | : | |
| also known as "Toine," | | |
| **FRANCISCO J. GONZALEZ RUAN,** | : | |
| **LAWRENCE MAYNARD, and** | : | |
| **KIRK CARTER** | : | |
| | : | |
| **Defendants.** | : | |

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS RESPONSE

The United States of America, by and through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, Rachel C. Lieber and John V. Geise, Assistant United States Attorneys, requests an extension of time in which to file its motions response in this matter until August 21, 2007, although counsel for the United States will make every effort to file before that date.

In support of this motion the United States says as follows:

1. All parties were originally to file affirmative motions in this matter by July 9, 2007. Motions responses were due to be filed by August 3, 2007.

2. Due to an ongoing trial and a brief illness counsel for defendant Jones, Eduardo Balarezo, Esq., has received an extension to file his affirmative motions until July 27, 2007.

3. The United States would like to file a consolidated motions response, believing that would be the most efficient way to deal with motions that may raise the same or overlapping

issues.

4. Assistant United States Attorney Geise has a preset vacation in August and is involved in appellate matters that will require significant time between now and August 3. Assistant United States Attorney Lieber has ongoing investigations that will require significant time during this period as well.

5. With the exception of Brian McDaniel, Esq., counsel for Kirk Carter, who the government has been unable to contact, counsel for all other defendants have indicated to counsel for the United States that they have no objection to this request.

Therefore the United States respectfully requests that the Court grant its motion for an extension of time to file it motions responses until August 21, 2007.

                                Respectfully submitted,

                                Jeffrey A. Taylor,
                                United States Attorney

                                By:_____
                                  John V. Geise
                                  Assistant United States Attorney
                                  D.C. Bar No. 358267
                                  555 4th Street, NW, Room 8445
                                  Washington, DC 20530
                                  (202) 514-7121
                                  John.geise@usdo.gov