Case 1:05-cr-00386-ESH   Document 380-2   Filed 08/22/2007   Page 1 of 5
DEC-05-2005 11:30                                            2025148707  P.10/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 10 of 30



A-1



Case 1:05-cr-00386-ESH   Document 380-2   Filed 08/22/2007   Page 3 of 5
DEC-05-2005 11:29                                    2025148707   P.04/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 4 of 30



Beverly Johnston
1918 Village Green Dr.
Hyattsville MD 20785

Antoine Jones
241-912
1901 D St SE
Washington DC
20003

SEA146

A-3

Case 1:05-cr-00386-ESH  Document 380-2  Filed 08/22/2007  Page 4 of 5
Case 1:05-cr-00386-ESH  Document 371-3  Filed 07/26/2007  Page 5 of 30
DEC-05-2005  11:29    2025148707  P.05/30

Hey,
It's me Beverly. Miss You! I guess things didn't work out like I wanted them too. I recieve your letter Tuesday 6th. I waited all night hoping you where going to knock on my door Wedsenday night. But coming home thursday after seven and see that you call, I know you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going on. I wanted to come to court but I know your wife was going to be there and I did not

# A-4

wanted to look strange. But I care! I see you calling me but a good time to call is after seven P.M Monday thru Saturday and starting December after 8:00 PM because of X-mas. You know my job its finish until all the mail is deliver.

The information on Donald Hunter. He is my N.B 2. yes he's over there and Kevin Rey is bald head and he's on the street last they know. Something else. I remember when he had a big case and they or the word was going around that he's been snitching because he seem to come home on them. Now I'm sitting here hoping you call before your phone time is up



Take Care
Because I Care
Beverly



A-5