Case 1:05-cr-00386-ESH   Document 381-2   Filed 08/22/2007   Page 1 of 5
DEC-05-2005  11:30                                          2025148707   P.10/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 10 of 30



A-1

1. Buck - research
2. Ivie ?
3. Pline ?
4. Derrick ?
5. Bow ?

Oct 14

Donald Hunter ?
Mike wife ?

Kevin Ray - Corey
Donald Hunter
Harold Holden
Davon Howard
Tony B

301 Medde
820-7884

Rodney
232 232 1567 ?

Middle (circled): 202 479-2223

Right column:
1. Neice  301 893-0838     298-9365
   240 416-2249
2. Mike  301 885-0751
3. Adrien 301 423 0191     DeB 301 809-0978
                           240 893 1424
4. Tyrone 301 513-9449 Home  202 295 4516 #235
5. Tyrone 202 679-4611
6. Lawrence 301 613 6293
7. Club Level 202 269-0170
8. Niccy Cell  240-416-2249
9. Antoine cell - 202 639-0999   A. Eduardo Baltire
10. DeB                          Mike Lar
11. Nette                        240 346 4889
12. Beverly 301 322-9046
13. Ivie
    307-060
    Rock Bremen
                                 202 391-9206 Nette
                                 Niccy

Case 1:05-cr-00386-ESH   Document 381-2   Filed 08/22/2007   Page 3 of 5
DEC-05-2005  11:29                                          2025148707   P.04/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 4 of 30



Beverly Johnston
1918 Village Green Dr.
Hyattsville MD 20785

Antoine Jones
241-912
1901 D St SE
Washington DC
20003

SEA146

A-3

Case 1:05-cr-00386-ESH   Document 381-2   Filed 08/22/2007   Page 4 of 5
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 5 of 30
DEC-05-2005 11:29                                    2025148707   P.05/30

Hey,
  It's me Beverly. Miss you! I guess things didn't work out like I wanted them too. I receive your letter Tuesday 6th. I waited all night hoping you where going to knock on my door Wedsenday night. But coming home thursday after seven and see that you call, I know you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

  I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going on. I wanted to come to court but I know your wife was going to be there and I did not

A-4

Case 1:05-cr-00386-ESH   Document 381-2   Filed 08/22/2007   Page 5 of 5
DEC-05-2005 11:29                                          2025148707   P.06/30
Case 1:05-cr-00386-ESH   Document 371-3   Filed 07/26/2007   Page 6 of 30

wanted to look strange. But I care!. I see you calling me but a good time to call is after seven P.M Monday thru Saturday and starting December after 8:00 PM because of X-mas. You know my job its finish until all the mail is deliver,

The information on Donald Hunter. He is my N.B 2. yes he's over there and Kevin Rey is bald head and he's on the street last they know. Something else. I remember when he had a big case and they or the word was going around that he's been snitching because he seem to come home on them Now I'm sitting here hoping you call before your phone time is up



Take Care
Because I Care
Beverly

A-5