UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 07 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
(Lead Defendant:
Antoine Jones)

Crim. No. 05-386-10 (ESH)

Status Hearing Date:
Sept. 7, 2007, 11:00 a.m.

ORDER

Upon consideration of defendant's Motion To Suppress Evidence of the Durham, North Carolina, Traffic Stop, the government's response thereto, and the record herein, it is hereby

**ORDERED,** that defendant's motion be and hereby is ~~GRANTED~~ Denied.

SO ORDERED THIS 7 DAY OF November, 2007.

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE