UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 07 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LAWRENCE MAYNARD
  (Lead Defendant:
  Antoine Jones)

Crim. No. 05-386-10 (ESH)

Status Hearing Date:
Sept. 7, 2007, 11:00 a.m.

## ORDER

Upon consideration of defendant's Motion To Suppress Evidence of the 8550 Myrtle Avenue, Bowie, Maryland, Search, the government's response thereto, and the record herein, it is hereby

**ORDERED,** that defendant's motion be and hereby is ~~GRANTED~~ Denied.

SO ORDERED THIS ___7___ DAY OF __November__, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE