UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 05-386 (ESH) |
| v. | : | |
| ANTOINE JONES, also known as "Toine," and LAWRENCE MAYNARD | : | |
| Defendants. | : | |

## NOTICE OF FILING WITH COURT

The United States of America, by and through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, Rachel C. Lieber and John V. Geise, Assistant United States Attorneys, says as follows:

At the motion hearing in the above captioned matter on November 7, 2007 the government indicated that it would supply the Court in camera with copies of two interview reports which the government does not believe are discoverable under 18 U.S.C. § 3500. By separate cover these reports are being supplied to the Court. They are:

1. Two page typed version of notes of interview with Roel Bermea dated 5/19/06. Although unsigned they reflect the notes of Detective Kirschner.

2. Two page FBI-302 reflecting 4/24/06 interview of Demetrius Johnson.

Respectfully submitted,

Jeffrey A. Taylor,
United States Attorney

By:_____
John V. Geise
Assistant United States Attorney
D.C. Bar No. 358267
555 4th Street, NW, Room 8445
Washington, DC 20530
(202) 514-7121
John.geise@usdo.gov