UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 05-CR-386 (ESH) |
| : | |
| ANTOINE JONES : | |
| LAWRENCE MAYNARD : | |

**DEFENDANTS' MOTION FOR A SHAVE AND HAIRCUT**

Defendants Antoine Jones and Lawrence Maynard, by and through undersigned counsel, respectfully moves this Honorable Court for an order directing the Warden of the Central Detention Facility (District of Columbia Jail) to provide them with a haircut and daily shave prior to and during the upcoming trial. In support of this motion, Defendants state as follows:

1. Defendants are currently held without bond at the D.C. Jail pending trial in this case, which is scheduled to begin next week. As such, Defendants do not have the independent ability to shave or to get a haircut as needed to maintain their personal grooming standards.

2. Defendants desire to appear before the jury neatly groomed and not in a disheveled manner.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Defendants respectfully request that the Court issue an Order directing the Warden of the Central Detention Facility (D.C. Jail) to provide Defendants a haircut and daily shave while trial is ongoing.

Dated: Washington, DC
      November 8, 2007                    Respectfully submitted,

                                        **LAW OFFICE OF A. EDUARDO BALAREZO**

                                        By:
                                                _____
                                                A. Eduardo Balarezo (Bar # 462659)
                                                400 Fifth Street, NW
                                                Suite 300
                                                Washington, DC  20001
                                                (202) 639-0999

                                                *Attorney for Defendant Antoine Jones*


                                                James L. Lyons (Bar # 50690)
                                                Kellogg, Williams & Lyons
                                                1350 Connecticut Avenue, N.W. #300
                                                Washington, D.C. 20036
                                                (202) 496-0722

                                                *Attorney for Lawrence Maynard*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November 2007, I caused a true and correct copy of the foregoing Defendants' Motion for a Shave and a Haircut to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo