UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 05-CR-386 (ESH) |
| | : | |
| ANTOINE JONES | : | |
| LAWRENCE MAYNARD | : | |

## DEFENDANTS' MOTION FOR ORDER DIRECTING WARDEN OF D.C. JAIL TO PROVIDE GREATER VARIETY OF LUNCH TO DEFENDANTS

Defendants Antoine Jones and Lawrence Maynard, by and through undersigned counsel, respectfully move this Honorable Court for an Order directing the Warden of the District of Columbia Jail to provide a greater variety of lunch sandwiches to Defendants during the duration of this trial. In support of this motion, undersigned counsel states as follows:

1. Defendants are scheduled to begin trial before the Court on November 13, 2007. Trial is expected to last until January 2008.

2. Defendants are typically provided a brown bag lunch by the D.C. Jail. The lunch is transported with the defendants from the jail every morning.

3. The brown bag lunch usually consists principally of a slice of cheese between two slices of bread. Because the defendants are in court all day, they do not have the opportunity to enjoy a more varied and nutritional diet as they would at the Jail.

4. Additionally, because defendants must sit relative still for long periods of time in court, and because cheese is a known constipating agent, some defendants experience gastric discomfort.

5. Upon information and belief, the D.C. Jail has the ability to provide a more varied lunch for the defendants while the trial progresses.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, defendants respectfully request the Court to issue an Order directing the Warden of the DC Jail to provide defendants with a greater variety of sandwiches during the pendency of trial in this matter.

Dated:  Washington, DC
       November 8, 2007    Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

*Attorney for Defendant Antoine Jones*

James L. Lyons (Bar # 50690)
Kellogg, Williams & Lyons
1350 Connecticut Avenue, N.W. #300
Washington, D.C. 20036
(202) 496-0722

*Attorney for Lawrence Maynard*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November 2007, I caused a true and correct copy of the foregoing Defendants' Motion for Order Directing Warden of DC Jail to Provide Greater Variety of Lunch to Defendants to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo