UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Nos.  05-386 (ESH) |
| | : | |
| ANTOINE JONES, and | : | |
| LAWRENCE MAYNARD | : | |
| | : | |
| Defendants. | : | |

### DEFENDANT MAYNARD'S SUGGESTED MODIFICATIONS TO THE GOVERNMENT'S PROPOSED FINAL JURY INSTRUCTIONS AND VERDICT FORM

Defendant Lawrence Maynard, through undersigned counsel, respectfully suggests that the Court make the following modifications to the government's proposed final jury instructions.

### INSTRUCTIONS (paper 396-5)

**INSTRUCTION 19 -** We suggest that this instruction be modified to read as follows:

### JURY INSTRUCTION NO. 19

### EVALUATION OF PRIOR INCONSISTENT STATEMENT OF A WITNESS [1.10]

The testimony of a witness may be discredited or impeached by showing that the witness has previously made statements that are inconsistent with his or her present testimony.  Should you find a witness's prior statements to be inconsistent -- and whether the statements are inconsistent in a matter for you to judge -- you may consider such statements in connection with your evaluation of the truth of the witness's present testimony in court.  Prior statements that omit details covered at trial are inconsistent if it would have been natural for the witness to include them in the earlier statement.

Where the testimony at trial is inconsistent with a prior statement of the witness, and that

prior statement was given under oath subject to the penalty of perjury at another trial or other proceeding, you may consider the prior statement both in evaluating the credibility of the witness at trial, and as evidence of any fact contained in the prior statement.  Should you find the prior statement to be inconsistent with the witness's testimony, you may consider the statement in determining what credence to be given to the witness's present testimony in court.  Should you find the prior statement to be truthful, you may consider it as evidence in this case.

**INSTRUCTION 42 -** First line of first paragraph.  Change first word "All" to "Both".

Respectfully submitted,

/s/
James L. Lyons  (50690)
Kellogg, Williams & Lyons
1350 Connecticut Avenue, N.W. #300
Washington, D.C.  20036
(202) 496-0722
(202) 331-1257  (fax)
JamesLyons@verizon.net (e-mail)