UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 05-CR-386(1) (ESH) |
| | : | |
| ANTOINE JONES | : | |
| LAWRENCE MAYNARD | : | |

### ORDER

Upon consideration of Defendants' Motion for Leave to File Pro Se Supplemental Motion For Recusal, it is this 17 day of December, 2007, hereby

ORDERED, that the Defendants' Motion ~~shall be and hereby is GRANTED.~~ Motion to file is Granted, but for Recusal is Denied.

Ellen S. Huvelle
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:

A. Eduardo Balarezo, Esq.
Law Office of A. Eduardo Balarezo
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

James Lyons, Esq.
Kellogg, Williams & Lyons
1350 Connecticut Avenue, N.W. #300
Washington, D.C. 20036

U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530