**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 05-CR-386 (ESH) |
| : | |
| **ANTOINE JONES** : | |
| **LAWRENCE MAYNARD** : | |

**MOTION FOR LEAVE TO FILE DEFENDANTS' *PRO SE* MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT AND OUTRAGEOUS CONDUCT**

Defendants Antoine Jones and Lawrence Maynard ("Defendants"), by and through undersigned counsel, respectfully move this Honorable Court for leave to file the attached *pro se* motion. In support of this motion Jones states as follows:

1. Counsel for Mr. Jones previously filed various pre-trial motions, which the Court ruled upon. Mr. Maynard through his counsel joined in these motions.

2. Defendants desire to file the attached *Pro Se* Motion to Dismiss for Prosecutorial Misconduct and Outrageous Conduct.

3. Counsel reviewed Defendants' pleading and advised generally regarding their merit. Nevertheless, Defendants insists on filing the motion.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Defendants respectfully requests leave of the Court to file the attached *Pro Se* Motion.

Dated: Washington, DC
      January 8, 2007                      Respectfully submitted,

                                            **LAW OFFICE OF A. EDUARDO BALAREZO**

                                      By:       /s/
                                        _____
                                        A. Eduardo Balarezo (Bar # 462659)
                                        400 Fifth Street, NW
                                        Suite 300
                                        Washington, DC  20001
                                        (202) 639-0999

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January 2008, I caused a true and correct copy of the foregoing Motion for Leave to File Defendants' Pro Se Motions to be delivered to the parties in this matter via Electronic Case Filing.

/s/
_____
A. Eduardo Balarezo