UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) Criminal No. 05-386 (ESH) |
| ANTOINE JONES, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

For the reasons given in open court, it is hereby **ORDERED** that on or before April 7, 2008, the government shall file its proposed findings of fact on the drug quantities attributable to defendant Maynard for sentencing, and defendant Jones shall file a motion addressing the calculation of the forfeiture amount. Any opposition to these motions shall be filed on or before April 14, 2008.

**SO ORDERED**.

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Dated: January 15, 2008