UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAWRENCE MAYNARD<br>   (Lead Defendant:<br>    Antoine Jones) | Crim. No. 05-386-10   (ESH)<br><br>Sentencing Date:<br>April 24, 2008, 12:00 p.m. |

# EXHIBIT A

The Honorable Ellen Segal Huevelle
United States District Court Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: **U.S. v. Lawrence Maynard, et al. (Cr. 05 – 386) (ESH)**

Dear Judge Huvelle:

    I would like to take this time to properly introduce myself. My name is Joyce Y. Maynard, and I am the wife of Lawrence Maynard. Lawrence and I were childhood sweethearts since the age of 13, and we married 26 years. I have known this man all of my life. He is a very strong, caring, loving and pleasant person. We are the proud parents of two adult children, a twenty-five year old son, nineteen year old daughter, and a 1 year old Grand-daughter with a new bundle of joy to arrive early summer 2008.

    Upon graduation from high school, Lawrence turned down several offers of employment because he wanted to do his civic duty and serve his country. He joined the United States Marine Corps against his parents will. Unfortunately, because of health ailments I was undergoing, he left the Corps. to be by my side.

    He has always felt that families should stay together no matter what the situation. When my sister was murdered in March, 1995, Lawrence fought tooth and nail to gain custody of my niece Whitney Moton. He appeared in Court for two weeks to face the judge and Whitney's father, who was then a drug user and unfit to parent a child in his capacity. Lawrence was very persistent of Whitney being raised in a better environment and with a stable family setting. He felt that she deserved a better chance at life than what was being offered by her father. I have always been so very proud of him for the genuine love he showed for another human being. Although, we were living on a fixed income, that was the least of his worries. To date she resides with us and has blossomed into a beautiful young woman.

    Over the years Lawrence and I have had our share of marital differences. In all honesty, he would not be honored the gold medal for "Husband/Father of the Year". There have been cases of infidelity and bad judgment displayed throughout the marriage. In 2004, I had vowed to seek Counsel to initiate divorce proceedings from Lawrence.

I had to weigh the difference and decide if it would be ideal to break up a happy loving home, walking away from the man that I really and truly love with all my heart and soul, or do I stay and seek counseling to enforce a stronger and productive marriage. Well, I guess you can see what I chose to do. We are still together to the date.

Honestly, I do believe in second chances in life. We are all only human and at odd times we do not always make the right decisions/choices. I do visit and accept telephone calls from Lawrence. I can assure you that he has learned from this terrible nightmare. I am not implying that people who break the law should not face the consequences for their actions or that the crime should go unpunished, but the punishment must fit the crime. My husband has no history of violence towards another human being as far as I am aware. Never owned a murder/assault weapon.

When my husband was lead out of our home on 23 November 2006 in handcuffs that was the worse day of my life. In the past two (+) years that he has been incarcerated, it has been a struggle as a single, one income parent to maintain a home, children and the household budget.

I am at your mercy in the sentencing of my husband. I hope in reaching your decision on his punishment that you will take into consideration all the facts that I have outlined and provided in this letter.

Thank you.

Very truly yours,

*Joyce Y. Maynard*

Joyce Y. Maynard
7711 Greenleaf Road
Landover, MD 20785
(202) 616-2494
(301) 773-3193

The Honorable: Judge Ellen Segal Huevelle
United States District Judge
333 Constitution Ave. N.W
Washington, DC 20001

Dear Judge Huevelle:

My name is Tyffany Maynard, and I am Lawrence Maynard's nineteen-year-old daughter. For the past three years without my father, my family has been through pain mentally, physically, emotionally, and financially. Finding out that my father had a different lifestyle was very heartbreaking and I felt betrayed, especially being a "daddy's girl." My father is not a most perfect man, but I feel as though my father needed those three years away from us to focus on his life and downfalls. My father has committed infidelity in his marriage, lied to his family, and eventually became an absent parent, when he was needed the most. I remember my father actually being a father. The word itself means nothing without actions. During my teen years, I felt betrayed, unloved, and not wanted by him.

I believe that my father has grown from this experience and should be released. My father has regained his religious teachings, admitted to his wrong-doings and mistakes. My family has been through many obstacles and this was one of them. There has been an addition to the family that my father has only met through plexi-glass and communicated with timed phone calls. This is a time for him to enjoy being a grandfather, not behind bars. He has missed out on the first grandbaby, and he has another one on the way this year, which is giving him an extra chance.

As I previously stated, my father is not a perfect man. Yes, he was down and made bad choices however; there is a time and place that a human learns from their mistakes. I believe my father has reached that pinnacle. He is not this "King Pen" criminal that they perceive him as.

My father should be home with his family/supporters. He should already be acknowledged for serving his debt to society, being incarcerated for 2 ½ years now. Lawrence Maynard has re-evaluated himself for a better future. This letter is written to speak on my thoughts, feelings, and emotions based on my father's absence. I am not trying to get your sympathy. I would like for you to think about the sentencing decision for my father. Based upon his behavior since he has been incarcerated, and his improvements, he is not a danger to the society.

Please do not dwell on my father's past decisions of associates. Think about the new man he has become and one that I am proud to say is my father.

Very truly yours,

Tyffany M. Maynard

April 2, 2008

The Honorable Judge Ellen Huevelle
United States District Judge
333 Constitution Avenue
Washington, DC 20001

Dear Madam:

My name is Bryan Maynard, son of the defendant, Lawrence Maynard. My family and I were notified of his upcoming sentencing hearing and the possible time he would have to serve due to his conviction.

To my knowledge, my father was convicted of a severely lesser crime than his co-defendant, Antoine Jones; however, the minimum and maximum penalty he faces does not justify the means of the crime he was convicted of.

For the past two and half years, my father has been omitted from numerous life-changing family events, such as:
- His daughter's high school commencement. She graduated as a Merit scholar.

- The birth and development of his first grandchild and possibly the birth and development of his second grandchild.

- The professional and career advancement his wife and children have received.

Throughout the trial, my father's character and alleged "criminal" activity was heavily scrutinized and dissected. I will be the first to admit that my father has made some questionable and unconventional decisions as a husband, father and friend, but he is in no way a threat or menace to society at this point in his life. As a family, we are struggling mentally, emotionally, spiritually and financially without my father.

The overall objective of a correctional facility is to rehabilitate offenders. My father has served two and half years in a correctional facility. During that time, he has done an absorbent amount of self-reflection and has been away from his growing family. Clearly, this is not an easy task for anyone. After speaking to my father on numerous occasions, it is very apparent that he has grown mentally, emotionally and spiritually over the years. I feel my father epitomizes the type of changes we are all capable of and is a true example of rehabilitation.

Very truly yours,

Bryan A. Maynard



*Future Business Leaders of America*
*Phi Beta Lambda*

To: The Honorable Ellen Segal Huvelle
    United States District Court Judge
    333 Constitution Ave., N.W.
    Washington, D.C. 20001

My name is Dominic Harris I am writing this letter on behalf of Lawrence Maynard in regards to his upcoming sentence for conspiracy to sell cocaine. Lawrence is my cousin and I have known him all my life which stretches 34 years. I have always held my cousin in high regards. In my youth Lawrence would come and watch me for my mother when she left for night courses. Lawrence was a positive influence on me at that age. He along with my Uncles were the only Male figures I had due to the absence of my father. Lawrence always had a great sense of humor and never let me down. He encouraged me to get involved in athletics. It is because of him that I have a passion for Boxing and Exercise. I don't ever think he understood the powerful impact he had on me. With his advice and kind words it helped me gain needed confidence as a young man. As I became older I would always look forward to seeing him over my grandmother's house which he made constant visits. By this time he had a family of his own however he always had time to chat with me about College, Cars and life in general. In closing I would ask that my Cousin be given an opportunity at some point to redeem himself. He has made a profound influence on my life. The man I know is worth the chance.

                              Dominic Harris
                              2604 William Short Circle Apt#102
                              Herndon, Va. 20171
                              (571) 426-4586
                              *Dominic Harris*

03/18/08

To whom it may concern ,

I confirm that I have known Lawrence Maynard for just about all my 56 years. I'm Mr. Maynards first cousin on his mothers side of the family.

I have always found Lawrence to be dependable, reliable, hard-working, conscientious, honest, peace-loving, and courteous. I admired Lawrence a great deal , even though his father left him, his mom, his brother and sister when he was just a child. , Lawrence never had an unkind word to say about his Dad, and never appeared bitter about the role of being the man in the house that was thrust upon him.

Lawrence always had a smile on his face , a witty and engaging personality, and always knew what to say to brighten up your day.

I remember how happy and blessed he felt when he moved into his home in Palmer Park. His immediate concern was getting a dog to protect his family and property.

Lawrence is a good provider for his family and loves his wife , Joyce , and often talked about the accomplishments, and how proud he is of his son Bryant, and daughter Tiffany.

Mr. Maynard is not an evil person, he was born and raised catholic, and has a kind heart. We are all guilty of making the wrong choices in life, and have to suffer the consequences.

I know that Lawrence has accepted full responsiblity for his choices, and being a christian, never waivered in his faith, knowing that no matter how he's viewed in the eyes of society, that his Lord and Saviour, Jesus Christ, has already paid his price, and that he's been forgiven for all his transgressions in GOD the fathers eyes.

I'm happy to provide further information if required.

Yours faithfully,

*Elton T. Brown*

Elton T. Brown

6912 100th Avenue

Lanham, MD. 20706

301-577-6952