UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAWRENCE MAYNARD<br>   (Lead Defendant:<br>    Antoine Jones) | Crim. No. 05-386-10   (ESH)<br><br>Sentencing Date:<br>April 24, 2008, 12:00 p.m. |

# EXHIBIT B



April 10, 2008

Rev. McKinley L. Battle
World Hope Ministries
P.O. Box 8823
Hyattsville, MD 20787

The Honorable Ellen Segal Huvelle
United States District Court Judge
333 Constitution Ave, NW
Washington, DC 20001

Dear Honorable Judge Huvelle;

It is my hope that this letter finds you in good health with a blessed spirit. It is my understanding that you will be issuing the sentence for Mr. Lawrence Maynard for conspiracy to sell cocaine, a serious offense against humanity.

I am a minister of the Gospel and provide ministry to the inmates in D.C. Jail. In that capacity I have had an opportunity to become acquainted with Mr. Maynard. Since November of 2006 I have witnessed his transformation from being involved with selling drugs to a true believer of our Lord and Savior. I am not a novice and clearly understand the motives for turning to Christ in a hell hole like D.C. Jail. That said, I can truly testify that Mr. Maynard's transformation is authentic.

His transformation is evident by his walk, he is the Peace keeper on his cell block, and he leads in the setup and preparation for bible study and church service. His talk and understanding relative to what he has done, and who he is NOW speaks volumes. I can believe that if he were freed that he would remain free and make a significant contribution to society; mainly helping those caught in the vicious cycle that he was once a participant in, escape.

To that end I humbly ask that you show mercy in your sentencing, and pray that God continues to bless and protect you with wisdom and understanding.

Sincerely In His Service,

*Rev. McKinley L. Battle*
Rev. McKinley L. Battle

**HELPING OTHERS PREPARE ETERNALLY**

P.O. Box 8823 Hyattsville, MD 20787
VOICE: 888-446-3233 FAX: 301-408-GOD1