UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAWRENCE MAYNARD<br>  (Lead Defendant:<br>   Antoine Jones) | Crim. No. 05-386-10   (ESH)<br><br>Sentencing Date:<br>April 24, 2008, 12:00 p.m. |

# EXHIBIT C

DEAR JUDGE HUVELLE

First, I want to respectfully thank you for taking the time to read this statement.

In the past 28 months, I have been able to examine so much. Trying to get to God and what he wants me to be. It is going to cost commitment on my part, with God's help. I am struggling everyday your Honor. I have to also say that I have put my family through so much. Looking at the negative is not what I want to focus on, but I have to realize and take responsibility for what has become a burden emotionally, spiritually and financially, on my family.

From the time of my arrest, with God, family and friends, I have tried to successfully concentrate on a conversion not a conviction. Being in jail and finding that I have so Much to be thankful for and to focus on my character.

In January 2006, I was chosen to be religious coordinator at the Central Treatment Facility, CCA. While working with the Praise Team and Reverend Napper helped me to evolve from the inside, a transformation. How? By changing mind and heart it is possible to grow spiritually in any situation or under any circumstance. If I do not do it in jail, I will not do it out there. It hurts feeling remorse and not being able to accept incarceration. So making the adjustments was the direction I wanted to be consistent. I spent 8 months in graphic arts class where I received several perfect attendance awards. After leaving CTF, and returning to the jail. Chaplain Betty Green gave me an opportunity to participate as coordinator on my unit, South East 2 as well as in the Chapel. Working together with world hope ministry's Brother Kary Gould, Reverend McKinley Battle and many other volunteers. I am headed in a more rewarding direction. Being involved with religious services has revealed some issues that I have failed to deal

with in my life. Being an unfaithful spouse, drug usage, not giving my children more time, becoming a work a holic, taking on the responsibility of reconciling with my wife and family, communicating and accepting the hurt that I have inflicted on them.

Since my arrest, my son, Bryan has returned home to help with bills. He unselfishly gave up his apartment after being on his own for two years. He left his position with the National Institute of Health and Joined the Department of Justice. My daughter, Tyffany has graduated from High School with a State License in Cosmetology and a 3.8 Grade Average. She is presently employed as a Deputy Clerk with the Department of Records in
Alexandria, Virginia. She also has given birth to our first grandchild, Makayal, and is expecting another daughter in July 2008.

My wife, Joyce, has had to adjust by declaring bankruptcy, avoided foreclosure of our home, changing her career from 18 years with the Department of Defense to begin a position with the Department of Justice's Criminal Investigation Division. They all have been very, very supportive. My family wants me home as much as ever and I hope you will take into consideration my past work history.

I am learning to change by remorse and by not denying my faults and failures but by addressing the issues that need to be corrected. Seeing and seeking pleasures that are temporary, blinded me, separated me from the joy and happiness in life. God, marriage and family has been my focus since my arrest. I can still contribute to society as a law abiding, tax paying citizen. As I have been in the past. It will be a struggle with more trials and tribulations along the way, but this is only the beginning. I am just asking for a



chance to return to my family that forgave and wife that loves me in spite of my faults. Even under the strictest probation or supervised release conditions, I will comply.

Please Judge Huvelle, can I have another chance at life and not be put away and forgotten? I am asking the Court to please consider leniency. I have accepted the verdict from the Jury finding me guilty. I understand that there has to be punishment for the offense. I am just asking that my work history, family, marriage, tutoring in the GED Program and revelation of God's purpose for my life be taken into consideration. I am asking the Court to show mercy and to consider sentencing me below the guidelines.

Respectfully

*Lawrence Maynard*

Lawrence Maynard





Adult Basic Education Program
Don't Forget Us

April 8, 2008

To:   **All Concerned Parties**

From: **Oliver Saunders**
      **Director G.E.D. Program**
      **S.E. #2**

Re:   **Lawrence Maynard**

I am writing you in reference to Mr. Maynard participation in the inmate run G.E.D. program at the Washington D.C. Department of Corrections. This program was planned, formulated, and instituted by a small group of inmates and has achieved a level of success, beyond dedication of our tutors like Mr. Maynard. Mr. Maynard has shown a sincere desire to help his fellow inmates move along into a productive lifestyle and we would certainly appreciate any consideration you would give him because of his commitment to excellence. I am attaching a letter which will verify my involvement and status within this program.

Sincerely,

Oliver Saunders

Oliver Saunders

---

Central Detention Facility 1901 D Street, S.E., Washington, D.C. 20003  (202) 698-4888





Adult Basic Education Program
Don't Forget Us

April 1, 2008

From: **Mr. Victor Akuchie**
    Acting Principal for Central Detention Facility

Through: **Mr. Raheem Jenkins**
    Director of Programs for Central Detention Facility

To: **Whom It May Concern**

Re: **Mr. Oliver Saunders DCDC # 292-330**

Dear Reader,

    This letter is in reference to Mr. Oliver Saunders who came to our institution on 12/2/07, and immediately began to take a leadership role within his unit, a role that has been greatly needed. In addition Mr. Saunders became a part of a small group of inmates, that for the first time in the history of Washington D.C. Department of Corrections, to plan, formulate, and institute a viable program within this system. The creation of the G.E.D. program has been successful beyond what we had hoped for, partly because of the dedication on his part as well as his excellent organizational skills and his leadership ability, and while those attributes will be greatly missed, we are very pleased to see Mr. Saunders move ahead, and we certainly wish him well.

Victor Akuchie

Central Detention Facility 1901 D Street, S.E., Washington, D.C. 20003   (202) 698-4888