HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>1:05cr386-10</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| MAYNARD, Lawrence | : | Disclosure Date: <u>March 21, 2008</u> |

**FILED**

APR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
Prosecuting Attorney   Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Lawrence Maynard_ 03-28-08   _James L. Lyons_ 03-28-08
Defendant          Date            Defense Counsel      Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 4, 2008</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                    Page 2

1. page 2: The report indicated no dependants. MR Maynord is the legal guardian of Whitney M. Moton who lives at the Maynord residence. She is 17 and technically is a dependant. She will turn 18 on 10-31-2008.

2. page 18, ¶ 107: The report indicates a statutory minimum sentence of "120 months." But, because the jury did not find that defendant conspired to distribute more than 5 kilos, the statutory minimum is 5 years or 60 months.

Signed by: x _James L. Lyons_
(Defendant/Defense Attorney/AUSA)

Date: 03-28-08