Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. 05-386-10 (ESH)
LAWRENCE MAYNARD )

## NOTICE OF APPEAL

Name and address of appellant: LAWRENCE MAYNARD, D.C.D.C. 307469
D.C. JAIL
1901 D St., S.E.
WASHINGTON, D.C. 20003

**FILED**
APR 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney: JAMES L. LYONS
1350 Connecticut Ave., N.W. #600
WASHINGTON, D.C. 20036

Offense: Conspiracy to distribute drugs 21 U.S.C. 846, 841(a)(1) and 841(b)(1)(B)(ii)

Concise statement of judgment or order, giving date, and any sentence:
04-24-08    151 months
5 yrs. supervised release
$2000.00 fine
$100.00 court costs

Name and institution where now confined, if not on bail: D.C. James

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

04-24-08
DATE

Lawrence Maynard
APPELLANT    LAWRENCE MAYNARD

James L. Lyons
ATTORNEY FOR APPELLANT
JAMES L. LYONS

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [X]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?    YES [ ]    NO [X]
Has counsel ordered transcripts?    YES [X] *    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [ ]    NO [X]

* trial transcripts have been prepared